FILED

JUL 22 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FILED

AUG 12 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

OLEKSANDR KAZMIRCHUK, Plaintiff,

v.

GOOGLE LLC, Defendant.

CV 25-06844 MMC

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## 1. NATURE OF THE ACTION

This is a civil action for defamation, negligent infliction of emotional distress, and invasion of privacy arising from Defendant Google LLC's continued indexing and display of false, harmful, and unverified content in Google Search results under Plaintiff's full name in Ukrainian: "Казмірчук Олександр Анатолійович."

Despite repeated formal complaints submitted by Plaintiff and a Ukrainian appellate court decision confirming the information lacks factual basis, Google has continued to allow its search engine to associate Plaintiff with defamatory and reputationally damaging content, causing professional and personal harm.

Over the course of nearly two years, Plaintiff Oleksandr Kazmirchuk has made repeated, formal, and good-faith efforts to notify Google LLC of the existence and nature of defamatory, false, and reputationally harmful content associated with his name in Google Search results. Despite five documented legal complaints, each supported by references to a Ukrainian appellate court decision confirming the lack of factual basis for the content, Google has failed to take lasting or meaningful action.

The Plaintiff is a public-facing entrepreneur and company director whose personal name is directly tied to his business activities. The continued appearance of this unverified and damaging information in Google Search has resulted in the loss of business opportunities, reputational stigma, and severe emotional distress.

In many of Google's responses to Plaintiff's complaints, there were either no clear reasons for rejection or a temporary removal followed by inexplicable re-indexing. These erratic responses have left Plaintiff in a state of ongoing uncertainty, helplessness, and frustration.

What makes the situation particularly egregious is not only Google's failure to act, but the fact that Plaintiff provided a court judgment from Ukraine — a jurisdiction where the article originated — confirming that the publication consisted of value judgments and not factual claims. Nevertheless, Google has ignored this legal precedent and allowed the association of

Plaintiff's name with serious criminal allegations to remain searchable and visible worldwide.

The psychological burden of living under a cloud of reputational suspicion, while being stonewalled by one of the most powerful corporations in the world, has been devastating. The Plaintiff now turns to this Court as a last resort to seek recognition, accountability, and remedy for the ongoing harm he has suffered.

## 2. JURISDICTION AND VENUE

This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(2) as the amount in controversy is $15,000 and is between a citizen of a foreign state (Ukraine) and a United States corporation. Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) because Defendant is headquartered in Mountain View, California.

## 3. PARTIES

Plaintiff Oleksandr Kazmirchuk is a citizen of Ukraine who currently resides in Canada under a valid Work Permit. His current address is #208-3185 Riverwalk Ave, Vancouver, BC, V5S 0E4.

Defendant Google LLC is a Delaware limited liability company with its principal place of business located at 1600 Amphitheatre Parkway, Mountain View, California.

## 4. FACTUAL ALLEGATIONS

Defendant continues to index and publicly display harmful and defamatory content associated with Plaintiff, including:
• Article: https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
• Image: https://kowel.rayon.in.ua/upload/topics/9/2019-03/1551866690167/13_original-41.jpg

These materials were subject to legal review in Ukraine (Volyn Court of Appeal, Case No. 161/2193/20), where the court concluded the content was based on opinion, not fact.

## 5. ATTEMPTS TO RESOLVE

Plaintiff submitted five official complaints to Google Legal regarding this issue:
• Case IDs: 4-0550000038370, 5-0708000038392, 2-3435000038748, 3-4807000037595, 1-5867000038722

Google responded inconsistently, at times confirming deindexing, only to later reverse those actions without explanation. These actions caused reputational harm, professional losses, and emotional distress.

Kazmirchuk Oleksandr

## 6. LEGAL BASIS

This Complaint is filed pursuant to:
• Communications Decency Act, 47 U.S.C. § 230
• California Civil Code §§ 45, 46
• First Amendment to the U.S. Constitution
• Personal Information Protection and Electronic Documents Act (PIPEDA, Canada)

## 7. CLAIMS FOR RELIEF

• Defamation: Defendant has published or caused to be published false and harmful content that directly damages Plaintiff's reputation.
• Negligent Infliction of Emotional Distress: Defendant acted negligently in failing to address Plaintiff's legitimate and repeated requests.
• Invasion of Privacy: Defendant presented Plaintiff in a false light through misleading indexing.

## 8. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:
1. Issue an order requiring Google to remove or deindex the URLs, images, and content related to the article in question from Google Search results associated with Plaintiff's name;
2. Award compensatory damages in the amount of $15,000;
3. Grant any other relief the Court deems just and proper.

ATTACHMENTS:
• Exhibit A: Copy of the Volyn Court of Appeal judgment (Ukraine, Case No. 161/2193/20) (Original in Ukrainian; translation to be provided upon request.)
• Exhibit B: Full correspondence between Plaintiff and Google LLC.


Respectfully submitted,

Oleksandr Kazmirchuk
Pro Se Plaintiff
Email: Alegris@live.com
Phone: +1 (204) 420-9931
Address: #208-3185 Riverwalk Ave, Vancouver, BC, V5S 0E4, Canada

M Gmail

**[3-4807000037595] Ваш запит у Google**
1 повідомлення

**removals@google.com** <removals@google.com>   12 листопада 2024 р. о 16:15
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us.
We have received your request. Your message is in our queue, and we'll process your request as quickly as our workload permits. We may reach out to you for further information if needed for us to understand and handle your request.
Regards,
The Google Team

## Your submission
Name used to search:
Казмірчук Олександр
Your full legal name:
Олександр Казмірчук
Who you are acting on behalf of, and if applicable, your legal relationship to them:

self
Contact email address:
kononhk1983@gmail.com
Search results you want removed:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Reason for removal:
Шановна служба підтримки, Я, Олександр Казмірчук, звертаюся з проханням про видалення посилання на статтю за адресою: https://kowel.rayon.in.ua/topics/383973- guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia з результатів пошуку Google. Стаття містить неправдиву інформацію, яка завдає шкоди моїй репутації і порушує мої права на захист від наклепу. Опис проблеми: У статті, опублікованій на kowel.rayon.in.ua, наведено неправдиву інформацію, що викривляє мою роль у кількох судових справах та стверджує про мою співпрацю з правоохоронними органами як агента-провокатора. Зокрема, йдеться про мою нібито участь у провокаціях корупційних дій у справах щодо посадовців Волинської області та інших регіонів України. Порушення прав: 1. Загальний регламент захисту даних (GDPR) № 2016/679 Європейського Парламенту та Ради ЄС від 27 квітня 2016 року: - Стаття 5: Принципи обробки персональних даних, які вимагають,

29/04/2025, 12:50                                                      Gmail - [3-4807000037595] Ваш запит у Google

The publication of this article and the display of my personal photo are aimed at undermining my professional reputation and client trust. As the leader of a financial company operating in an international segment, my reputation is crucial for maintaining successful business operations. This information, along with my photo, creates a negative impression of me and adversely affects my business.

## Call to Action:

I kindly request that you consider removing the specified URL and associated image from search results in the U.S. and other countries where this information is still accessible to protect my reputation and ensure compliance with U.S. and international legal standards on reputation and information protection.

**Email:** alegris@live.com
**Address:** Sklepowa 23/8, 02-482, Gmina Warszawa, Powiat Warszawa, Województwo mazowieckie, Poland

On 14 Nov 2024, at 09:08, removals@google.com wrote:

[Цитований текст приховано]

https://mail.google.com/mail/u/0/?ik=c39c3a3161&view=pt&search=all&permthid=thread-f:1815684542393332873&simpl=msg-f:1815684542393332873&simpl=msg-f:181569

 **Gmail**

Re: [4-0550000038370] Ваш запит у Google
Повідомлень: 5

**removals@google.com** <removals@google.com>9 квітня 2025 р. о 06:43
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us.
We're working to respond in your language, but we're currently best able to answer in English. We apologize for this inconvenience. We have reviewed the Canada portion of your complaint stemming from case #:5-0708000038392.
We've decided not to take action on these URLs:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Google aggregates and organizes information published online. We don't control the third-party content found in the pages you've sent. We can't remove content from third- party webpages.
Even if we remove this URL from our search results, the content will still be online. You could send your removal request straight to the site's webmaster. You can learn how to contact a site's webmaster on our Help Center.
If the content gets taken down, we'll update our search results automatically the next time we crawl the site. If the content has changed and you need us to update search results faster, you can submit a new request using our webpage removal request tool.
Regards,
The Google Team
*For more information about our content removal process, see g.co/legal.*

**Alex Kazumirchuk** <kononhk1983@gmail.com>    9 квітня 2025 р. о 07:49
Кому: removals@google.com

## Dear Google Legal Team,

Thank you for your previous response.

I would like to reiterate and clarify my position regarding the following URL:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-    rozsliduvannia

I am
## not requesting removal of content from the publisher's website
.

Instead, I am requesting de-indexing of this URL from Google Search results in the following jurisdictions:

Canada – my current country of residence and legal activity. Poland – where I maintain business and personal ties.
United States – where I travel and conduct remote business operations.

This article contains false and unverified claims, wrongly associating me with criminal activity, and appears prominently in search results when my full legal name is entered.

Legal and Policy Basis for Removal:

Google, as a search engine, plays an active role in amplifying reputational harm by prominently displaying defamatory content, especially when connected to real names and personal identifiers.

The continued indexing of this URL violates multiple legal frameworks, including:

Canadian Law:
∘ Defamation (Grant v. Torstar, SCC 2009): False accusations causing reputational harm are actionable, and search engines may be complicit in republication.
∘ PIPEDA – Sec 5(3): Personal data must not be used inappropriately. ∘ Charter of Rights – Sec 7: Right to privacy, liberty, and reputation.

Polish Law:
∘ Civil Code Art. 23–24: Protection of personal interests, including reputation, image, and name.

U.S. Law:

Gmail - Re: [4-0550000038370] Ваш запит у Google

o  While Section 230 of the CDA limits platform liability, Google retains discretion under its own Search Policies to deindex content that:

■,
■  Is not in the public interest.

o

Urgency:


This defamatory material:

Is not supported by any court ruling or factual investigation,
Is harming my personal life, professional reputation, and immigration proceedings,
Appears in Google Search and Google Images when my full name is entered

♦

Final Request:

I respectfully request that Google:

- De-index this URL from Google Search and Google Images, • Apply removal in Canada, Poland, and the United States,
- Confirm whether additional documents or legal references are required.

I appreciate your attention and remain available for any follow-up.

Sincerely,
Oleksandr Kazmirchuk
alegris@live.com
+1 (204) 430-9931 / +48 886 384 362
Winnipeg, Canada / Warsaw, Poland

Sent from my iPhone
[Цитований текст приховано]

29/04/2025, 12:46                                                                Gmail - Re: [4-0550000038370] Ваш запит у Google

**removals@google.com** <removals@google.com>10 квітня 2025 р. о 00:07
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us.
We've decided not to take action on these URLs:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Google aggregates and organizes information published online. We don't control the third-party content found in the pages you've sent. We can't remove content from third- party webpages.
Even if we remove this URL from our search results, the content will still be online. You could send your removal request straight to the site's webmaster. You can learn how to contact a site's webmaster on our Help Center.
If the content gets taken down, we'll update our search results automatically the next time we crawl the site. If the content has changed and you need us to update search results faster, you can submit a new request using our webpage removal request tool.

[Цитований текст приховано]

**removals@google.com** <removals@google.com>10 квітня 2025 р. о 00:14
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us.
We have removed the following URL(s) from Google Search results for the queries you submitted as per our policies.   https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia     It may take a few hours for this action to take effect.
Also, please note that we can remove the content from our search results, but the content still exists on the site. This means someone can still find the content through the URL to the site, social media, and other search engines.
You can also contact the webmaster for the site and ask them to remove the content. Click here to learn how to contact a webmaster. For any more questions, please visit our  Help Center.
[Цитований текст приховано]

**Alex Kazumirchuk** <kononhk1983@gmail.com>    10 квітня 2025 р. о 03:22
Кому: removals@google.com

Dear Google Legal Team,

I am writing once again to express my firm objection to your refusal to act on the following URL:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-    rozsliduvannia

Let me be absolutely clear:

I am not requesting removal of the content from the original website.
I am demanding that Google remove this content from its search results – specifically for the search query:

"Казмірчук Олександр Анатолійович"

Google's Role as Aggregator = Legal Responsibility

By showing this link and its images in your search results when my full name is typed, Google is not acting as a neutral platform. You are actively processing, ranking, and displaying third-party data in response to a personal identifier — my legal name.

This creates a direct reputational and privacy violation, especially when the content:

- Is presented as a top search result,
- Is being displayed to users in Canada, the United States, and the EU.

Legal Grounds for De-Indexing (Canada & U.S.)

Under Canadian Law:

- Grant v. Torstar (SCC, 2009) affirms that online platforms can be liable for reputational harm through republication.
- PIPEDA, Section 5(3) requires organizations to handle personal information in a way reasonable under the circumstances. • Canadian Charter, Section 7 protects individual dignity, reputation, and informational privacy.

Under U.S. Law:

Google is protected under Section 230 CDA only if it acts as a passive host.
However, your algorithms actively rank and display false content tied to my name, thus playing an editorial role.

- This allows for discretionary delisting under your own policies and international case law (Right to be Forgotten – EU & California Consumer Privacy Act analogue).

My Request:

- I am not asking you to remove or censor the source content.
- I am demanding that you remove the link, thumbnails, and text previews from Google Search and Google Images when searched by name:

"Казмірчук Олександр Анатолійович"

This is a basic request for de-indexing false and harmful content, not takedown or censorship.

Failure to act on this may constitute gross negligence, especially considering the documented harm it causes to my immigration process in Canada and personal/professional life.
Please review this again and escalate internally to the appropriate legal team. All further communication should be sent to:

 **Gmail**

Al

Re: [4-0550000038370] Ваш запит у Google
Повідомлень: 5

**removals@google.com** <removals@google.com>9 квітня 2025 р. о 06:43
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us.
We're working to respond in your language, but we're currently best able to answer in English. We apologize for this inconvenience. We have reviewed the Canada portion of your complaint stemming from case #:5-0708000038392.
We've decided not to take action on these URLs:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Google aggregates and organizes information published online. We don't control the third-party content found in the pages you've sent. We can't remove content from third- party webpages.
Even if we remove this URL from our search results, the content will still be online. You could send your removal request straight to the site's webmaster. You can learn how to contact a site's webmaster on our Help Center.
If the content gets taken down, we'll update our search results automatically the next time we crawl the site. If the content has changed and you need us to update search results faster, you can submit a new request using our webpage removal request tool.
Regards,
The Google Team
*For more information about our content removal process, see g.co/legal.*

**Alex Kazumirchuk** <kononhk1983@gmail.com>    9 квітня 2025 р. о 07:49
Кому: removals@google.com

Dear Google Legal Team,

Thank you for your previous response.

I would like to reiterate and clarify my position regarding the following URL:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-    rozsliduvannia

I am
**not requesting removal of content from the publisher's website**
.

Instead, I am requesting de-indexing of this URL from Google Search results in the following jurisdictions:

Canada – my current country of residence and legal activity. Poland – where I maintain business and personal ties.
United States – where I travel and conduct remote business operations.

This article contains false and unverified claims, wrongly associating me with criminal activity, and appears prominently in search results when my full legal name is entered.

Legal and Policy Basis for Removal:

Google, as a search engine, plays an active role in amplifying reputational harm by prominently displaying defamatory content, especially when connected to real names and personal identifiers.

The continued indexing of this URL violates multiple legal frameworks, including:

Canadian Law:
o  Defamation (Grant v. Torstar, SCC 2009): False accusations causing reputational harm are actionable, and search engines may be complicit in republication.
o  PIPEDA – Sec 5(3): Personal data must not be used inappropriately. o  Charter of Rights – Sec 7: Right to privacy, liberty, and reputation.

Polish Law:
o  Civil Code Art. 23–24: Protection of personal interests, including reputation, image, and name.

U.S. Law:

- ○ While Section 230 of the CDA limits platform liability, Google retains discretion under its own Search Policies to deindex content that:

  - ▪,
  - ▪ Is not in the public interest.

    - ○

Urgency:


This defamatory material:

Is not supported by any court ruling or factual investigation,
Is harming my personal life, professional reputation, and immigration proceedings,
Appears in Google Search and Google Images when my full name is entered

- ◆

Final Request:

I respectfully request that Google:

- De-index this URL from Google Search and Google Images,  • Apply removal in Canada, Poland, and the United States,
- Confirm whether additional documents or legal references are required.

I appreciate your attention and remain available for any follow-up.

Sincerely,
Oleksandr Kazmirchuk
alegris@live.com
+1 (204) 430-9931 / +48 886 384 362
Winnipeg, Canada / Warsaw, Poland

Sent from my iPhone
[Цитований текст приховано]

29/04/2025, 12:46                                                                                    Gmail - Re: [4-0550000038370] Ваш запит у Google

**removals@google.com** <removals@google.com>10 квітня 2025р. о 00:07
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us.
We've decided not to take action on these URLs:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Google aggregates and organizes information published online. We don't control the third-party content found in the pages you've sent. We can't remove content from third- party webpages.
Even if we remove this URL from our search results, the content will still be online. You could send your removal request straight to the site's webmaster. You can learn how to contact a site's webmaster on our Help Center.
If the content gets taken down, we'll update our search results automatically the next time we crawl the site. If the content has changed and you need us to update search results faster, you can submit a new request using our webpage removal request tool.

[Цитований текст приховано]

**removals@google.com** <removals@google.com>10 квітня 2025р. о 00:14
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us.
We have removed the following URL(s) from Google Search results for the queries you submitted as per our policies.   https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia      It may take a few hours for this action to take effect.
Also, please note that we can remove the content from our search results, but the content still exists on the site. This means someone can still find the content through the URL to the site, social media, and other search engines.
You can also contact the webmaster for the site and ask them to remove the content. Click here to learn how to contact a webmaster. For any more questions, please visit our Help Center.
[Цитований текст приховано]

**Alex Kazumirchuk** <kononhk1983@gmail.com>    10 квітня 2025р. о 03:22
Кому: removals@google.com

Dear Google Legal Team,

I am writing once again to express my firm objection to your refusal to act on the following URL:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-    rozsliduvannia

Let me be absolutely clear:

I am not requesting removal of the content from the original website.
I am demanding that Google remove this content from its search results - specifically for the search query:

"Казмірчук Олександр Анатолійович"

Google's Role as Aggregator = Legal Responsibility

By showing this link and its images in your search results when my full name is typed, Google is not acting as a neutral platform. You are actively processing, ranking, and displaying third-party data in response to a personal identifier — my legal name.

This creates a direct reputational and privacy violation, especially when the content:

- Is presented as a top search result,
- Is being displayed to users in Canada, the United States, and the EU.

Legal Grounds for De-Indexing (Canada & U.S.)

## Under Canadian Law:

- Grant v. Torstar (SCC, 2009) affirms that online platforms can be liable for reputational harm through republication.
- PIPEDA, Section 5(3) requires organizations to handle personal information in a way reasonable under the circumstances. • Canadian Charter, Section 7 protects individual dignity, reputation, and informational privacy.

## Under U.S. Law:

Google is protected under Section 230 CDA only if it acts as a passive host.
However, your algorithms actively rank and display false content tied to my name, thus playing an editorial role.

- This allows for discretionary delisting under your own policies and international case law (Right to be Forgotten – EU & California Consumer Privacy Act analogue).

My Request:

- I am not asking you to remove or censor the source content.
- I am demanding that you remove the link, thumbnails, and text previews from Google Search and Google Images when searched by name:

"Казмірчук Олександр Анатолійович"

This is a basic request for de-indexing false and harmful content, not takedown or censorship.

Failure to act on this may constitute gross negligence, especially considering the documented harm it causes to my immigration process in Canada and personal/professional life.
Please review this again and escalate internally to the appropriate legal team. All further communication should be sent to:

kononhk1983@gmail.com

Sincerely,
Oleksandr Kazmirchuk
+1 (204) 430-9931
Winnipeg, Manitoba, Canada

Sent from my iPhone
[Цитований текст приховано]

29/04/2025, 12:45

Ⓜ Gmail

## [5-0708000038392] Ваш запит у Google
Повідомлень: 9

**removals@google.com** <removals@google.com>      5 квітня 2025 р. о 14:37
Кому: kononhk1983@gmail.com

.

Щодня ми отримуємо багато подібних запитів, тому Ваш очікує в черзі на розгляд. Ми обробимо його, щойно зможемо. Через велику кількість запитів ми
відповімо Вам, лише якщо вважатимемо, що ця скарга на протизаконний контент дійсна й обґрунтована. Можливо, нашим спеціалістам знадобиться
додаткова інформація. Докладніше про Умови використання Google читайте на сторінці http://www.google.com/accounts/TOS.
З повагою,
Команда Google

**removals@google.com** <removals@google.com>      9 квітня 2025 р. о 01:35
Кому: kononhk1983@gmail.com

Вітаємо!
Дякуємо, що зв'язалися з нами.
Ви зазначили, що Ваша країна проживання - Poland, але надіслали запит з іншої країни Canada. Щоб ми розглянули цей запит,
підтвердьте, для яких країн потрібно видалити контент.
Також підтвердьте, що Ви пов'язані з країнами, зазначеними в списку (1). Наприклад, надайте список Ваших контактів або контактів Вашої компанії в них.
Якщо ми не отримаємо від Вас указану вище додаткову інформацію, то не зможемо вжити подальших заходів стосовно Вашого запиту на видалення. З
повагою,
Команда Google
Щоб дізнатися більше про процес видалення контенту, перейдіть на сторінку g.co/legal.

**Alex Kazumirchuk** <kononhk1983@gmail.com>      9 квітня 2025 р. о 04:21
Кому: removals@google.com

Шановна команда Google,

Дякую за вашу відповідь.

Підтверджую, що прошу видалити вказаний контент і зображення з результатів пошуку Google у таких країнах:

Країни:

Канада - моя поточна країна проживання та юрисдикція, в межах якої я маю імміграційний статус.
Польща - країна мого професійного та особистого зв'язку.

Підтвердження зв'язку:

Канада:
Адреса фактичного проживання:

Канадський номер телефону: +1 (204) 430-9931
Я перебуваю в Канаді на законних підставах та подав заявку на продовження дозволу на роботу (Work Permit):
UCI: 1120992555
Номер заявки: W312297767
Дата подання: 12 березня 2025
Біометричний ID: 00133320220407141058
У додатку подаю:
Лист підтвердження прийняття заявки на Work Permit (IMM5988),
Лист підтвердження подачі заявки (IMM5739),
Скріншот з мого профілю GCKey,
Документ з адресою та деталями перебування (CANADA-2-4.pdf).
Польща:
Маю тривалу професійну діяльність у Польщі через компанію METALOEXPORT POLSKA Sp. z o.o.
Контактні дані:
Телефон: +48 886 384 362
Email: oleksandr.kazmirchuk@metaloexport.com.ua
Офіс: вул. Okopowa 58/72, Варшава

29/04/2025, 12:45
**Причина терміновості:**

Gmail - [5-0708000038392] Ваш запит у Google

**Наклепницький контент, що з'являється у результатах пошуку Google (у тому числі в Google Зображення), безпідставно пов'язує мене з кримінальною справою, яка:**
**Не має жодного юридичного підтвердження або рішення суду,**
**Завдає шкоди моїй репутації та психоемоційному стану,**
**Становить ризик для моєї імміграційної справи в Канаді та розгляду Work Permit.**


**Я перебуваю на критичному етапі імміграційного процесу, тому цей контент може мати прямі негативні наслідки для мого майбутнього в Канаді.**


**Прохання:**

**Прошу негайно продовжити процедуру видалення з пошукової видачі у Канаді та Польщі,**
**З урахуванням документального підтвердження моєї присутності та правового статусу.**
**Я готовий надати будь-які додаткові документи на вимогу.**


**Щиро дякую за розуміння та допомогу.**


**З повагою,**
**Олександр Казмірчук**

kononhk1983@gmail.com

**+1 (204) 430-9931 / +48 886 384 362**

**Вінніпег, Канада / Варшава, Польща**


**Прикріпити до листа:**

**IMM5988.pdf**
**IMM5739.pdf**
**CANADA-2-4.pdf**
**Скріншот акаунту GCKey**


On 9 Apr 2025, at 03:35, removals@google.com wrote:

Вітаємо!
Дякуємо, що зв'язалися з нами.
Ви зазначили, що Ваша країна проживання - Poland, але надіслали запит з іншої країни Canada. Щоб ми розглянули цей запит,

29/04/2025, 12:45                                                              Gmail - [5-0708000038392] Ваш запит у Google

підтвердьте, що для яких країн потрібно видалити контент.
Також підтвердьте, що Ви пов'язані з країнами, зазначеними в списку (1). Наприклад, надайте список Ваших контактів або контактів Вашої компанії в них.

Якщо ми не отримаємо від Вас указану вище додаткову інформацію, то не зможемо вжити подальших заходів стосовно Вашого запиту на видалення.  З повагою,
Команда Google
Щоб дізнатися більше про процес видалення контенту, перейдіть на сторінку g.co/legal.

Вкладених файлів: 4



Scree
331K

CANADA-2-4.pdf
15714K
IMM5739_2-1DDOOB58.pdf
126K
IMM5988_2-1DDOV11K.pdf
40K

removals@google.com <removals@google.com>        9 квітня 2025 р. о 06:37
Кому: kononhk1983@gmail.com

Вітаємо!
Дякуємо, що зв'язалися з нами.
Зауважте, що решту URL-адрес у Вашому запиті переслано відповідній команді для обробки.  Невдовзі Вам повідомлять новини.  Згідно з нашими
правилами, ми вилучили наведені нижче URL-адреси з результатів пошуку Google за запитами, які Ви надіслали.  https://kowel.rayon.in.ua/topics/383973-
guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Ця зміна набуде чинності протягом кількох годин.
Зверніть увагу: навіть якщо ми видалимо контент із наших результатів пошуку, він усе одно залишиться на сайті, тобто його можна буде знайти через URL-
адресу, інші пошукові системи або в соціальних мережах.  Ви також можете зв'язатись із веб-майстром сайту та попросити його вилучити контент.
Дізнайтеся, як це зробити.
Якщо у Вас виникли запитання, відвідайте наш Довідковий центр.

[Цитований текст приховано]

Alex Kazumirchuk <kononhk1983@gmail.com>        9 квітня 2025 р. о 19:47
Кому: removals@google.com

29/04/2025, 12:45                                                            Gmail - [5-0708000038392] Ваш запит у Google

Subject: Final Request – Review of All Google Search Results by Name (Kazmirchuk Oleksandr Anatoliyovych) Dear Google Support Team,
Thank you sincerely for your support and the removal of the following URL from Google Search:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia

I truly appreciate your understanding and swift assistance.

However, I kindly request one final review regarding search results related to my full name written in Ukrainian: "Казмірчук Олександр Анатолійович"
When this name is entered into Google Search, other links still appear, which:

• Mention me directly or indirectly in connection with the same false accusations, • Display my name or image in a misleading or defamatory context.


This ongoing visibility poses a real reputational and emotional risk, especially as I am currently undergoing an immigration process in Canada, and these search results are publicly accessible in Canada, Poland, and the United States.

Please, if possible, perform a final check of all search results connected to this name and remove or de-index any content that reflects the same defamatory nature already acknowledged in your prior decision.

Sincerely,
Oleksandr Kazmirchuk
+1 (204) 430-9931
Winnipeg, Canada


Тема: Завершений запит – Перевірка всіх результатів пошуку Google за ім'ям (Казмірчук Олександр Анатолійович) Шановна команда Google,
Щиро дякую за вашу допомогу та за видалення з результатів пошуку наступної URL-адреси:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia

Це важливе рішення, і я щиро ціную вашу швидку реакцію.

Водночас хочу звернутись із фінальним проханням: прошу ще раз переглянути пошукові результати, що з'являються за моїм повним ім'ям українською мовою:

"Казмірчук Олександр Анатолійович"

Після введення цього імені у Google Search, у видачі все ще присутні інші посилання, які:

Згадують мене прямо або опосередковано в контексті тих самих хибних звинувачень, Показують моє ім'я або зображення у шкідливому чи наклепницькому контексті.

Це створює реальні репутаційні та емоційні ризики, особливо з огляду на те, що я перебуваю в процесі імміграційного розгляду в Канаді, і ці результати відкрито відображаються в Канаді, Польщі та США.

Будь ласка, якщо можливо, проведіть остаточну перевірку всіх результатів пошуку, пов'язаних із цим ім'ям, та видаліть або деіндексуйте той контент, що має аналогічну наклепницьку природу.

Ще раз дякую за ваше розуміння, підтримку та чесність.

Прошу надсилати всі відповіді на адресу:
kononhk1983@gmail.com

+1 (204) 430-9931
Вінніпег, Канада

Sent from my iPhone
[Цитований текст приховано]

removals@google.com <removals@google.com>    10 квітня 2025 р. о 00:05
Кому: kononhk1983@gmail.com

Вітаємо!
Дякуємо, що зв'язалися з нами.
Згідно з нашими правилами, ми вилучили наведені нижче URL-адреси з результатів пошуку Google за запитами, які Ви надіслали.
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Ця зміна набуде чинності протягом кількох годин.
Зверніть увагу: навіть якщо ми видалимо контент із наших результатів пошуку, він усе одно залишиться на сайті, тобто його можна буде знайти через URL-адресу. Інші пошукові системи або в соціальних мережах. Ви також можете зв'язатися із веб-майстром сайту та попросити його вилучити контент. Дізнайтеся, як це зробити.

removals@google.com <removals@google.com>        10 квітня 2025 р. о 00:19
Кому: kononhk1983@gmail.com

Вітаємо!
Дякуємо, що зв'язалися з нами.
Ми вирішили не вживати заходів щодо вказаних нижче URL-адрес.
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Google збирає й упорядковує опубліковану в Інтернеті інформацію, але не контролює сторонній контент на сторінках, які Ви надіслали. Ми не можемо видаляти контент зі сторонніх веб-сторінок.
Навіть якщо ми вилучимо цю URL-адресу з результатів пошуку, контент залишиться в Інтернеті. Ви можете звернутися напряму до веб-майстра відповідного сайту. У Довідковому центрі Пошуку Google можна дізнатися, як зв'язатися з веб-майстром.
Якщо контент вилучать, результати пошуку буде автоматично оновлено під час наступного сканування сайту. Якщо контент змінився й Ви хочете швидше оновити результати пошуку, надішліть новий запит за допомогою цього інструмента.

[Цитований текст приховано]

Alex Kazumirchuk <kononhk1983@gmail.com>        10 квітня 2025 р. о 03:18                              removals@google.com
Кому:



29/04/2025, 12:45                                                Gmail - [5-0708000038392] Ваш запит у Google

# About the source

## Ковель - Район.in.ua

**Poland police return confiscated equipment to...**

"Rayon.in.ua" journalists received the equipment that had been seized from them by the Polish police back in March in...

 Інститут масової ін...

**Case Study: Rayon (Ukraine)**

The family-owned company launched Rayon.in.ua and leveraged the spread of 3G connectivity to...

 ipi.media

More about this page >

https://mail.google.com/mail/u/0/?ik=c39c3a3161&view=pt&search=all&permthid=thread-f:1828600200761044334&simpl=msg-f:1828600200761044334&simpl=msg-f:18289

Gmail - [5-0708000038392] Ваш запит у Google

# Your search & this result

- This image is related to your search terms

- This image may be helpful for your search

- This result is in English

🔍  **How Search works**

   

Gmail - [5-0708000038392] Ваш запит у Google



https://mail.google.com/mail/u/0/?ik=c39c3a3161&view=pt&search=all&permthid=thread-f:1828600200761044334&simpl=msg-f:1828600200761044334&simpl=msg-f:18289



ear Google Support Team,

Thank you sincerely for your action and for confirming the removal of the following URL from your search results:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia

I appreciate your quick response and support.

However, I must respectfully notify you that I am currently residing in Canada, and when I search my full name in Ukrainian: "Казмірчук Олександр Анатолійович"
— I am still seeing images and article previews directly tied to this same content. These results appear both in Google Images and in the main search results page, even though the link above was removed.

To support this, I have attached recent screenshots showing the current appearance of these search results.

This continued display is extremely distressing, especially as I remain under Canadian immigration review, and this false association harms my reputation and legal standing.

Request:

Please conduct a final review of any remaining content or image previews that appear in search results for:

"Казмірчук Олександр Анатолійович" (typed from a Canadian IP address)

And please ensure that all thumbnails, previews and images linking to or referencing this content are also removed from Google Search and Google Images.

29/04/2025, 12:45                                                                                    Gmail - [5-0708000038392] Ваш запит у Google

Once again, I thank you for your professionalism and attention.

Please send all responses to:
kononhk1983@gmail.com

Sincerely,
Oleksandr Kazmirchuk
+1 (204) 430-9931
Winnipeg, Manitoba, Canada

Sent from my iPhone
[Цитований текст приховано]

**Alex Kazumirchuk <kononhk1983@gmail.com>**        10 квітня 2025 р. о 03:27
Кому: removals@google.com

.
However, I must formally and firmly object to your decision not to take action on the following URL:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia

Let me be extremely clear: this URL contains false, unproven, and defamatory content about me personally – content which has never been confirmed or substantiated by any legal body.

Despite my previous requests, Google continues to display this information in its search engine, thereby actively contributing to the reputational damage I experience each time someone searches for my legal name:

"Казмірчук Олександр Анатолійович"

29/04/2025, 12:45                                                          Gmail - [5-0708000038392] Ваш запит у Google

This is not a matter of removing third-party content.
This is a matter of Google curating and amplifying harmful, unverified content by making it publicly accessible and prioritized in search results.

LEGAL FOUNDATIONS FOR REMOVAL:

Under Canadian Law:

PIPEDA (Section 5(3)) – Personal information must not be used or disclosed in a way that is unreasonable or harmful in the circumstances.
Grant v. Torstar Corp (2009 SCC 61) – A publisher (including search platforms) may be liable for disseminating defamatory material, even if originating from third parties.
Canadian Charter of Rights and Freedoms (Section 7) – Protects individual rights to liberty, security, and informational privacy.

Under U.S. Law:

While Section 230 of the Communications Decency Act provides some platform immunity, it does not exempt Google from discretionary delisting, especially when:

- And causes demonstrable reputational harm.

Your own Google Search policies allow delisting in cases of defamation, personal harm, or outdated and irrelevant data. This case meets all criteria.

https://mail.google.com/mail/u/0/?ik=c39c3a3161&view=pt&search=all&permthid=thread-f:1828600200761044334&simpl=msg-f:1828600200761044334&simpl=msg-f:18289

Google's Role and Responsibility:

By continuing to display this content in search results — especially when users type my full name — Google is:

FINAL REQUEST:

I am not asking for censorship.
I am asking for responsible de-indexing of search results that violate my rights and dignity. Please:
• Remove this URL from all Google Search results (text and image) for the query: "Казмірчук Олександр Анатолійович" • Ensure no thumbnails, snippets, or previews remain indexed under my name.

Failure to act on this request will compel me to pursue legal escalation under the applicable laws in Canada, the United States, and the European Union, where I maintain lawful presence and digital rights.

Please direct all further responses to:
kononhk1983@gmail.com

29/04/2025, 12:45

Sincerely,
Oleksandr Kazmirchuk
+1 (204) 430-9931
Winnipeg, Manitoba, Canada

Sent from my iPhone
[Цитований текст приховано]

Ｍ Gmail                                                                                                                                          Al

[2-3435000038748] Your Request to Google
Повідомлень: 10

**removals@google.com** <removals@google.com>7 квітня 2025 р. о 00:22
Кому: kononhk1983@gmail.com


Hello,
:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
We have already removed these URLs from Google's search results for Poland. We will not remove these URLs from Google's search results in other countries or regions.
We encourage you to resolve any disputes directly with the owner of the website in question. Visit https://support.google.com/websearch/answer/9109 to learn how to contact a site's webmaster and request a change. If you pursue legal action against this site that results in the removal of the material, our search results will display this change after we   next crawl the site.
If the webmaster makes these changes and you need us to refresh outdated content, please submit your request using our Refresh Outdated Content Tool.
Google aggregates and organizes information published online. We don't control the third-party content found in the pages you've sent. We can't remove content from third- party webpages.
Even if we remove this URL from our search results, the content will still be online. You could send your removal request straight to the site's webmaster. You can learn how to contact a site's webmaster on our Help Center.
If the content gets taken down, we'll update our search results automatically the next time we crawl the site. If the content has changed and you need us to update search results faster, you can submit a new request using our webpage removal request tool.
Regards,
The Google Team
*For more information about our content removal process, see g.co/legal.*


**Alex Kazumirchuk** <kononhk1983@gmail.com>    7 квітня 2025 р. о 03:08
Кому: removals@google.com

Dear Google Legal Team,

Thank you for your response regarding the content located at:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu- rozsliduvannia

While I acknowledge that you have removed this link from search results in Poland, I must strongly object to your decision not to remove it in Canada or the United States, where I am currently residing and where the content continues to cause ongoing harm.

This content constitutes clear defamation, and its continued indexing in North America violates my legal rights under Canadian law, including:

Legal Basis for Removal in Canada:

Defamation Act (Common Law Canada):
The statements in question damage my reputation through false allegations of criminal activity. There is no court decision, legal indictment, or proven evidence. This satisfies the threshold for defamation under Canadian case law. – Reference: Grant v. Torstar Corp., 2009 SCC 61

PIPEDA (Personal Information Protection and Electronic Documents Act):
The content reveals personal and identifying information without my consent, in violation of PIPEDA's requirements for lawful, fair, and non-harmful use of personal data.
– Violation: Section 5(3): "An organization may collect, use or disclose personal information only for purposes that a reasonable person would consider appropriate in the circumstances."
Canadian Charter of Rights and Freedoms – Section 7:
I am entitled to protection of liberty and security of the person, which includes informational privacy and the right to live free from reputational harm due to false and unverified public allegations.

Why This Request Is Not Country-Specific

The fact that this defamatory content is only delisted in Poland while remaining globally indexable is both inconsistent and discriminatory. According to Google's own content policies, content that violates defamation or privacy laws in any country where the affected individual resides should be considered for removal in that jurisdiction.

Furthermore, the European Court of Justice's ruling in Google Spain SL v. AEPD and Mario Costeja González (C-131/12) established the "Right to be Forgotten" doctrine, and while Canada does not have a directly analogous law, the Office of the Privacy Commissioner of Canada has published guidance indicating similar expectations for search engines operating in the country.

Request for Re-evaluation

Given the above, I respectfully request that you:

Immediately delist the URL from search results visible in Canada and the United States;
If removal is denied, provide a detailed explanation with legal justification;
Confirm whether additional documentation or legal steps would change the outcome.


I remain open to providing further materials or to escalating the matter through regulatory or legal channels if necessary. Thank you for your time and reconsideration.
Oleksandr Kazmirchuk
Email: kononhk1983@gmail.com
Phone: +1 (204) 430-9931


Sent from my iPhone
[Цитований текст приховано]

**removals@google.com** <removals@google.com>8 квітня 2025 р. о 00:37
Кому: kononhk1983@gmail.com

Hello,

Thanks for reaching out to us.

We understand you're concerned about this content, but we can't remove content from third-party web pages. Google aggregates and organizes information published online. We don't control the third-party content found in the pages you've sent. Even if we remove the page from our search results, it will still exist on the internet. Consider the following options:

Contact the author or webmaster:

- You could ask the site's webmaster directly to deal with this.
- Take a look at the Google Search Help to learn how to contact a site's webmaster.
- If the webmaster removes the content, we'll update our search results automatically the next time we crawl the site. If the content has changed and you need us to update search results faster, you can submit a new request using our webpage removal request tool.

To remove personal information from Google Search:

You can send us a removal request if the content includes highly sensitive personal identifying information, and the site owner hasn't removed it already. Use the relevant link below:

- Remove unwanted & explicit personal images - *This is also known as 'revenge porn'*
- Remove content exposing contact information with an intent to harm - *This is also known as 'doxxing content'*
- Remove involuntary fake pornography
- Remove content about me on sites with exploitative removal practices • Remove financial, medical and national ID information
- Report phishing sites
- Remove images of minors from Google search results
- Remove irrelevant pornography from Google search results for my name

If you pursue legal action and the content is found to be illegal or ordered to be removed, you can send us the court order seeking removal.

[Цитований текст приховано]

**Alex Kazumirchuk** <kononhk1983@gmail.com>    8 квітня 2025 р. о 04:28
Кому: removals@google.com

## Dear Google Support Team,

I am contacting you to request the removal of a specific image that appears in Google Image Search results when searching for my personal name and surname.

This image is currently shown in connection with the following defamatory and misleading article:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-    rozsliduvannia

The image:

Displays my likeness and can be easily connected to my name through image search.
Is used in a false, harmful, and defamatory context, implying my involvement in criminal activity without any legal basis or judgment.
Appears in Google Search results when users enter my name, making this a direct and active violation of my privacy and rights under Canadian law, including:
o   PIPEDA (unauthorized and harmful use of personally identifiable information),  o Canadian defamation laws (spreading false, reputation-damaging materials),
o   My right to security and privacy under the Canadian Charter of Rights and Freedoms.

        .


I kindly request the following:

Remove the image from all Google Image search results, particularly when associated with my full name.

Deindex the article and connected images from appearing in search results when users search for my name or related identifiers.

Please confirm once this has been done, or if further documentation is required.

Sincerely,

Location: Canada

Sent from my iPhone
[Цитований текст приховано]

**removals@google.com** <removals@google.com>9 квітня 2025 р. о 00:12
Кому: kononhk1983@gmail.com

Hello,
:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Images in our search results come from third-party, publicly available web pages. If an image no longer appears on the third-party webpage, Google's cache will update itself over time to reflect the page's new content. Google shows the small image thumbnails you see in Google search results only when providing our Image Search results. If the webmaster removes an image from a site, Google's search results will stop showing that image's thumbnail after we recrawl the site.
If Google's search result is different from the current page
• You can request a cache removal via the removal request tool.
• *Please allow some time for any cache removals to take effect.*

29/04/2025, 12:44                                                                    Gmail - [2-3435000038748] Your Request to Google

- Visit our Search Console Help Center for more information on removing out-of-date content from our search results.

If the information you'd like to remove is still on the current page

Please provide the share URL for each image you wish to have removed from Google Image Search, using the following instructions.

To find an image's URL on a desktop computer
Click the image in the search results
Click the three dot share icon
In the popup window, click the text that says "Click to copy link"
In your email reply to us, right-click & then click "Paste" to add the URL to the email

To find an image's URL on a mobile device
Tap the image in the search results
Tap the three dot share icon
In the box that appears, tap the "Copy" icon next to the URL
In your email reply to us, long-press & then tap "Paste" to add the URL to the email

*Please note that the URL should begin with **https://images.app.goo.gl/** or **https://www.google.com/imgres?imgurl**. Also, we cannot accept search result page URLs that begin with https://www.google.com/search.*
Without this information, we are unable to take action on any removal request.
[Цитований текст приховано]

--------------------------------------------------------

**Alex Kazumirchuk** <kononhk1983@gmail.com>    9 квітня 2025 р. о 03:55
Кому: removals@google.com

Dear Google Support Team,

I am writing to request the removal of the following **two images**, which appear in **Google Image Search results** when users search for my full name: **Kazmirchuk Oleksandr Anatoliyovych.**

These images are associated with the following defamatory article that falsely accuses me of criminal involvement, without any legal basis or judgment:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia

Image URLs to be removed:

https://images.app.goo.gl/rJh6G6M2FGBZ1L3c9
https://images.app.goo.gl/5WyNqBqpSutbFhAA7

These images violate my rights under:
**Canadian Defamation Law** (for false public accusations that damage my reputation),
**PIPEDA** (unauthorized and harmful use of personally identifiable information),
**Section 7 of the Canadian Charter of Rights and Freedoms** (which guarantees the right to life, liberty, and security of the person, including informational privacy).

I respectfully ask Google to remove these image results from **Google Image Search** and any associated indexing.

P.S.
In addition to the removal request above, I would like to kindly ask the following:

If the two listed images are removed from **Google Image Search**, will they also be excluded from **general Google Search results** (e.g., when users search my full name in regular search and see image previews)?

Since these images currently appear as thumbnails in both **regular search** and **image search**, I would like to ensure that they are fully removed from **all forms of public association** with my name, including:
Thumbnails in general web search,
Knowledge panels (if applicable),

Featured snippets or any result that visually links this image to my identity.

Please confirm whether this removal will apply only to Image Search, or to all forms of search result display connected to my personal data.

Thank you for your attention and support in resolving this matter.

Sincerely,
Oleksandr Kazmirchuk

+1 (204) 430-9931

Canada

[Цитований текст приховано]

---

**removals@google.com** <removals@google.com> 10 квітня 2025 р. о 02:08
Кому: kononhk1983@gmail.com

:
https://kowel.rayon.in.ua/upload/topics/9/2019-03/1551866690167/13_original-41.jpg
https://kowel.rayon.in.ua/storage/cache/images/upload/topics/9/2019-03/1551866690167/700x371-t_1_kovel.webp
We understand you're concerned about this content, but we can't remove content from third-party web pages. Google aggregates and organizes information published online. We don't control the third-party content found in the pages you've sent. Even if we remove the page from our search results, it will still exist on the internet. Consider the following options:
Contact the author or webmaster:
• You could ask the site's webmaster directly to deal with this.
• Take a look at the Google Search Help to learn how to contact a site's webmaster.
• If the webmaster removes the content, we'll update our search results automatically the next time we crawl the site. If the content has changed and you need us to update search results faster, you can submit a new request using our webpage removal request tool.

To remove personal information from Google Search:

You can send us a removal request if the content includes highly sensitive personal identifying information, and the site owner hasn't removed it already. Use the relevant link below:

- Remove unwanted & explicit personal images - *This is also known as 'revenge porn'*
- Remove content exposing contact information with an intent to harm - *This is also known as 'doxxing content'*
- Remove involuntary fake pornography
- Remove content about me on sites with exploitative removal practices • Remove financial, medical and national ID information
- Report phishing sites
- Remove images of minors from Google search results
- Remove irrelevant pornography from Google search results for my name

If you pursue legal action and the content is found to be illegal or ordered to be removed, you can send us the court order seeking removal. Please send us the specific URLs for the content in question.

Take a look at our Help Center to learn how to **find the URL of a Knowledge Panel.** We are only able to continue with your request if we have these specific URLs.

You can get help with most Knowledge Panel issues through our help centers.

If you want to manage your own Knowledge Panel

If you are the subject or official representative of an entity in a Knowledge Panel, we recommend you claim the panel and suggest changes through the official feedback channel for verified accounts. This process is explained in the following articles:

- Get verified on Google
- Update your Google Knowledge Panel

*If you experience issues with claiming a Knowledge Panel, contact us for help*

If you want to manage your website's logo on Knowledge Panel

If you are a website owner, you can specify a logo image on your site for use in Google's search results.

- Click here to learn how to pick your logo.

If you want to report an error on a Knowledge Panel

Even if you are not the official representative of a given entity, you can use the *Feedback* link on the bottom right-hand corner of a Knowledge Panel to suggest changes.

If you want to manage a local business listing

If you're a local business looking to manage your presence on Google, join Google My Business. You can also check out our developer guide.

If you want to make a legal request about a Google My Business listing or review

If your legal request relates to an existing Google My Business listing, associated reviews, or other features such as contact details, opening times or images connected to your listing, please submit your request using the following form:

- https://support.google.com/legal/contact/lr_legalother?product=googlemybusiness

**This team does not review requests related to Google My Business listings or reviews.** *Please use the form above to submit such a request.*

Please send us the specific URLs for the content in question.

Take a look at our Help Center to learn how to find the URL of a page or image. We are only able to continue with your request if we have these specific URLs.

[Цитований текст приховано]

**Alex Kazumirchuk <kononhk1983@gmail.com>**    10 квітня 2025р. о 03:14
Кому: removals@google.com

Dear Google Support Team,

Thank you for your response regarding the following image URLs:

- https://kowel.rayon.in.ua/upload/topics/9/2019-03/1551866690167/13_original-41.jpg
- https://kowel.rayon.in.ua/storage/cache/images/upload/topics/9/2019-03/1551866690167/700x371-t_1_ kovel.webp

I would like to clarify that:

I am **not asking you to remove the content from the original website**
.

Instead, I am requesting that Google remove these image URLs from its search results, specifically when users search for my full legal name in Ukrainian:

"Казмірчук Олександр Анатолійович"

These images continue to appear in both Google Images and general Search results, creating a defamatory and damaging connection to my name — despite there being no factual or legal basis for the allegations they are linked to.

My request is simple and limited:

Please de-index or delist these two image URLs from search results associated with my full name, I am not requesting that the content be removed from the website itself.

This distinction is very important. I am only asking that Google no longer publicly associates these images with my identity in search queries.

I appreciate your time and understanding, and I kindly ask for your support in resolving this final step. Please send all responses to: kononhk1983@gmail.com
Sincerely,
Oleksandr Kazmirchuk
+1 (204) 430-9931
Winnipeg, Canada

On 10 Apr 2025, at 04:08, removals@google.com wrote:

[Цитований текст приховано]

**removals@google.com** <removals@google.com> 18 квітня 2025 р. о 01:39
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us.
Google LLC has decided not to take action on these URLs right now:
https://kowel.rayon.in.ua/upload/topics/9/2019-03/1551866690167/13_original-41.jpg
https://kowel.rayon.in.ua/greatage/cache/images/upload/topics/9/2019-03/1551866690167/700x371-t_1_kovel.webp

29/04/2025, 12:44                                                        Gmail - [2-3435000038748] Your Request to Google

You could send your removal request straight to the site's webmaster. Take a look at the Google Search Help to learn how to contact a site's webmaster.
If the content gets taken down, we'll update our search results automatically the next time we crawl the site. If the content has changed and you need us to update search results faster, you can submit a new request using our webpage removal request tool.
[Цитований текст прихований]

**Alex Kazumirchuk** <kononhk1983@gmail.com>    18 квітня 2025 р. о 02:04
Кому: removals@google.com

Dear Google Legal Team,

Further to my previous correspondence, I am submitting this as a **final legal warning.**

I have now attached an **official court decision (PDF) issued by the Volyn Court of Appeal (Ukraine) on September 2, 2021,** case number **161/2193/20,** concerning the very content and images that remain indexed and publicly displayed in your search engine when users enter my full name in Ukrainian:

**"Казмірчук Олександр Анатолійович"**

Attached Document:

Court ruling: "Kazmirchuk v. SID Inform, Yavorska, Dilova Pressa Krainy"
Volyn Appellate Court, Ukraine – PDF included

Key facts from the decision:

The court **confirmed that the article refers directly to me by name and image, and contains severe allegations.**
At the same time, the court **did not confirm the truth of these claims,** concluding that the information lacked legal evidence and **constituted unverified opinion.** Thus, the content in question remains **disputed, reputationally damaging, and without official validation.**
                    •

Yet despite this, Google **continues to associate my name with this content globally** through both **Search and Image indexing.**

Additionally, I must express serious concern:

Previously, Google **confirmed in writing** that this URL had been **removed from search results in Poland and the EU.**

However, I now see that the content is again being shown in those regions.

Why did Google reverse its own confirmed delisting without notifying the affected party?
This action is not only careless — it undermines user trust and your platform's credibility on matters of legal compliance and harm mitigation.

### Final Demands:

**Immediately delist** the following URL and related images from all Google search results and Google Images for the query:
"Казмірчук Олександр Анатолійович"
  ○      https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia  ○  https://kowel.rayon.in.ua/upload/topics/9/2019-03/1551866690167/13_original-41.jpg
  ○           https://kowel.rayon.in.ua/greatage/cache/images/upload/topics/9/2019-03/1551866690167/700x371-t_1_kovel.webp
Provide the **full legal address and contact of the agent for service of process** in the United States or Canada.
I am formally preparing a legal claim and need this information to serve Google properly.

This is my **final pre-litigation request.**
All further responses will be added to my legal file and may be submitted as evidence in upcoming proceedings.

Please reply to:

kononhk1983@gmail.com

Sincerely,
Oleksandr Kazmirchuk

+1 (204) 430-9931

Winnipeg, Manitoba, Canada

On 18 Apr 2025, at 01:39, removals@google.com wrote:

Hello,
Thanks for reaching out to us.
Google LLC has decided not to take action on these URLs right now:
https://kowel.rayon.in.ua/upload/topics/9/2019-03/1551866690167/13_original-41.jpg
https://kowel.rayon.in.ua/greatage/cache/images/upload/topics/9/2019-03/1551866690167/700x371-t_1_kovel.webp
You could send your removal request straight to the site's webmaster. Take a look at the Google Search Help to learn how to contact a site's webmaster.

If the content gets taken down, we'll update our search results automatically the next time we crawl the site. If the content has changed and you need us to update search results faster, you can submit a new request using our webpage removal request tool.
Regards,
The Google Team
*For more information about our content removal process, see g.co/legal.*

161_2193_20.pdf
231K

 **Gmail**                                    Gmail - [2-3435000038748] Ваш запит у Google

Al

**[2-3435000038748] Ваш запит у Google**
Повідомлень: 2

**removals@google.com** <removals@google.com>26 березня 2025 р. о 19:01
Кому: kononhk1983@gmail.com

.

Щодня ми отримуємо багато подібних запитів, тому Ваш очікує в черзі на розгляд. Ми обробимо його, щойно зможемо. Через велику кількість запитів ми відповімо Вам, лише якщо вважатимемо, що ця скарга на протизаконний контент дійсна й обґрунтована. Можливо, нашим спеціалістам знадобиться додаткова інформація. Докладніше про Умови використання Google читайте на сторінці http://www.google.com/accounts/TOS.
e

**Alex Kazumirchuk** <kononhk1983@gmail.com>    30 березня 2025 р. о 22:06
Кому: removals@google.com

Dear Google Support Team,

Thank you for your response confirming receipt of my request regarding the removal of defamatory and unverified content published at the following URL:

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia

I fully understand the volume of requests you receive. However, I respectfully ask you to consider **expediting the review of my case**, as the content in question contains **false, highly defamatory claims** that are **causing ongoing harm to my personal and professional life**, especially given that I reside in **Canada**, where this content is publicly accessible.

The statements in the article:
Imply involvement in criminal activities without any legal basis,
Violate privacy and defame my character,
Have already begun to affect my reputation, well-being, and opportunities.


This matter is urgent and sensitive. I am willing to provide any additional documentation or identification if needed to speed up the process.


Thank you in advance for your understanding and assistance.


Sincerely,
Oleksandr Kazmirchuk


+1 (204) 430-9931

[Цитований текст приховано]

 Gmail

A⊩

**[3-4807000037595] Ваш запит у Google**
Повідомлень: 3

**removals@google.com** <removals@google.com> 13 листопада 2024 р. о 07:09
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us.We're working to respond in your language, but we're currently best able to answer in English. We apologize for this inconvenience. We had a look at these URLs:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
We'll delist these URLs from search results for queries related to your name. We'll delist them in your country, and from other European versions of Google Search. It may take a few hours for this to happen.
The content itself will still be online, but you can ask the site's webmaster to take it down. You can learn how to contact a site's webmaster on our Help Center.
Please note that this team doesn't handle requests to review allegedly defamatory content. If you would like to submit a complaint on these grounds, you can do so by visiting our online notification form at http://support.google.com/legal and selecting the option for defamation. Using this form will ensure the quickest possible processing time for your complaint.
Regards,
The Google Team
*For more information about our content removal process, see g.co/legal.*

**Alex Kazumirchuk** <kononhk1983@gmail.com>    13 листопада 2024 р. о 08:15
Кому: removals@google.com
Dear Google Team,

Thank you for your prompt response to my request and for delisting the specified URL from search results associated with my name in my country and other European versions of Google Search. This action significantly contributes to protecting my reputation and privacy.

However, I would like to draw your attention to the fact that this URL remains accessible in search results in other countries, particularly in the United States. This means that users outside of Europe can still view this article when searching for my name.

In light of this, I kindly request that you consider delisting the specified URL from search results in other countries to ensure comprehensive protection of my privacy and reputation on a global scale.

I understand that such requests may fall under different jurisdictions and policies, but I hope you can find an appropriate solution for this situation. Thank you for your attention and support.
Sincerely,
Oleksandr Kazmirchuk
Sent from my iPhone

On 13 Nov 2024, at 16:09, removals@google.com wrote:

[Цитований текст приховано]

**Alex Kazumirchuk <kononhk1983@gmail.com>**    13 листопада 2024 р. о 08:31
Кому: removals@google.com

**Subject:** Request for the removal of false information from global search results Dear Google Team,
Thank you for your prompt response to my previous request and for delisting the specified URL from search results associated with my name in the European versions of Google Search. This greatly contributes to the protection of my reputation and privacy within the European Union.

However, I would like to draw your attention to the fact that this URL is still accessible in search results in other countries, including the United States and other regions outside the EU. This means that users outside of Europe can still see this article when searching for my name. Such dissemination of information has serious consequences for my reputation on an international level and negatively impacts my personal and professional life.

# Situation Description:

The webpage at https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia contains false information that deliberately discredits my reputation. The article includes unverified and incorrect data that is not supported by any court decisions or official documents. The situation described is based on distorted facts and assumptions presented as investigative journalism but lacking real evidence.

# Explanation of the Inaccuracy:

**Lack of Evidence:** The article does not contain any real evidence to substantiate my involvement in criminal activities. No official authorities have confirmed these allegations, and they have no legal basis.

**Distortion of Facts:** The material on the site is created to discredit my person and is presented in a manipulative context that creates a false impression of me as a lawbreaker.

**Damage to Reputation:** The dissemination of this information seriously damages my reputation not only within the EU but also internationally, especially in countries where the information remains accessible, such as the United States.

## Grounds for Removal:

In addition to the provisions of the General Data Protection Regulation (GDPR) No. 2016/679 of the European Parliament and of the Council of April 27, 2016, which apply in Europe, it is important to consider the following U.S. legal principles:

**First Amendment to the U.S. Constitution:**
While the First Amendment guarantees freedom of speech, it does not protect the dissemination of false or defamatory material. If the information is untrue and damages a reputation, there is potential for legal action in the U.S.

**Defamation Laws:**
In the United States, defamation that damages a reputation can be grounds for legal action. Since the article is public and contains information that distorts the facts, it falls under these laws.

**Communications Decency Act (CDA) Section 230:**
While this act protects platforms from liability for user-generated content, it does not preclude the possibility of contesting content based on its defamatory nature and harm caused.

## Call to Action:

**Removal of the URL:** I kindly request that you consider removing the URL from search results globally to protect my reputation at an international level.

**Further Review:** I would appreciate if you could involve additional independent sources to verify the accuracy of the information on the page.

Thank you for your attention to this matter.

**Email:** alegris@live.com
**Address:** Sklepowa 23/8, 02-482, Gmina Warszawa, Powiat Warszawa, Województwo mazowieckie,


On 13 Nov 2024, at 17:15, Alex Kazumirchuk <kononhk1983@gmail.com> wrote:


[Цитований текст приховано]

 Gmail

**[3-4807000037595] Ваш запит у Google**
Повідомлень: 3

**removals@google.com** <removals@google.com> 13 листопада 2024 р. о 07:09
Кому: kononhk1983@gmail.com

Hello,
Thanks for reaching out to us. We're working to respond in your language, but we're currently best able to answer in English. We apologize for this inconvenience. We had a look at these URLs:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
We'll delist these URLs from search results for queries related to your name. We'll delist them in your country, and from other European versions of Google Search. It may take a few hours for this to happen.
The content itself will still be online, but you can ask the site's webmaster to take it down. You can learn how to contact a site's webmaster on our Help Center.
Please note that this team doesn't handle requests to review allegedly defamatory content. If you would like to submit a complaint on these grounds, you can do so by visiting our online notification form at http://support.google.com/legal and selecting the option for defamation. Using this form will ensure the quickest possible processing time for your complaint.
Regards,
The Google Team
*For more information about our content removal process, see g.co/legal.*

**Alex Kazumirchuk** <kononhk1983@gmail.com>    13 листопада 2024 р. о 08:15
Кому: removals@google.com

Dear Google Team,

Thank you for your prompt response to my request and for delisting the specified URL from search results associated with my name in my country and other European versions of Google Search. This action significantly contributes to protecting my reputation and privacy.

However, I would like to draw your attention to the fact that this URL remains accessible in search results in other countries, particularly in the United States. This means that users outside of Europe can still view this article when searching for my name.

In light of this, I kindly request that you consider delisting the specified URL from search results in other countries to ensure comprehensive protection of my privacy and reputation on a global scale.

I understand that such requests may fall under different jurisdictions and policies, but I hope you can find an appropriate solution for this situation. Thank you for your attention and support.
Sincerely,
Oleksandr Kazmirchuk
Sent from my iPhone

On 13 Nov 2024, at 16:09, removals@google.com wrote:


[Цитований текст приховано]


**Alex Kazumirchuk <kononhk1983@gmail.com>**     13 листопада 2024 р. о 08:31
Кому: removals@google.com


Subject: Request for the removal of false information from global search results Dear Google Team,
Thank you for your prompt response to my previous request and for delisting the specified URL from search results associated with my name in the European versions of Google Search. This greatly contributes to the protection of my reputation and privacy within the European Union.

However, I would like to draw your attention to the fact that this URL is still accessible in search results in other countries, including the United States and other regions outside the EU. This means that users outside of Europe can still see this article when searching for my name. Such dissemination of information has serious consequences for my reputation on an international level and negatively impacts my personal and professional life.

# Situation Description:
The    webpage    at    https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia contains false information that deliberately discredits my reputation. The article includes unverified and incorrect data that is not supported by any court decisions or official documents. The situation described is based on distorted facts and assumptions presented as investigative journalism but lacking real evidence.

# Explanation of the Inaccuracy:

**Lack of Evidence:** The article does not contain any real evidence to substantiate my involvement in criminal activities. No official authorities have confirmed these allegations, and they have no legal basis.
**Distortion of Facts:** The material on the site is created to discredit my person and is presented in a manipulative context that creates a false impression of me as a lawbreaker.
**Damage to Reputation:** The dissemination of this information seriously damages my reputation not only within the EU but also internationally, especially in countries where the information remains accessible, such as the United States.

# Grounds for Removal:

In addition to the provisions of the General Data Protection Regulation (GDPR) No. 2016/679 of the European Parliament and of the Council of April 27, 2016, which apply in Europe, it is important to consider the following U.S. legal principles:

**First Amendment to the U.S. Constitution:**
While the First Amendment guarantees freedom of speech, it does not protect the dissemination of false or defamatory material. If the information is untrue and damages a reputation, there is potential for legal action in the U.S.
**Defamation Laws:**
In the United States, defamation that damages a reputation can be grounds for legal action. Since the article is public and contains information that distorts the facts, it falls under these laws.
**Communications Decency Act (CDA) Section 230:**
While this act protects platforms from liability for user-generated content, it does not preclude the possibility of contesting content based on its defamatory nature and harm caused.

# Call to Action:

**Removal of the URL:** I kindly request that you consider removing the URL from search results globally to protect my reputation at an international level.
**Further Review:** I would appreciate if you could involve additional independent sources to verify the accuracy of the information on the page.

Thank you for your attention to this matter.

**Email:** alegris@live.com
**Address:** Sklepowa 23/8, 02-482, Gmina Warszawa, Powiat Warszawa, Województwo mazowieckie,

On 13 Nov 2024, at 17:15, Alex Kazumirchuk <kononhk1983@gmail.com> wrote:

[Цитований текст приховано]

M **Gmail**

**[3-4807000037595] Ваш запит у Google**
Повідомлень: 2

**removals@google.com** <removals@google.com>13 листопада 2024 р. о 06:27
Кому: kononhk1983@gmail.com

Hello,
:
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia     Схоже, інформація, яку Ви хочете видалити з результатів пошуку, стосується злочину.
Ми не маємо даних чи документів, які підтверджують, що кримінальні обвинувачення, згадані на сторінках із цими URL-адресами, знято на Вашу користь. Якщо ж Вас було засуджено за цими обвинуваченнями, ми не маємо даних чи документів, які підтверджують термін відбутого покарання та/або виконання інших умов погашення  судимості.
Без такого підтвердження ми не можемо належно оцінити Ваш запит. Оскільки наявна інформація не дає підстав вважати, що розміщені за цими URL-адресами дані неточні, застарілі чи неповні, ми не видалили їх із результатів пошуку. Проте якщо Ви надасте відповідні документи, ми зможемо повторно розглянути Ваш запит і, залежно від отриманих даних, змінити своє рішення.
Ви можете звернутися напряму до веб-майстра відповідного сайту. Він контролює сайт, тому може видалити спірний контент і заблокувати його показ у пошукових системах. У Довідковому центрі Пошуку Google можна дізнатися, як зв'язатися з веб-майстром.
Якщо Ви все ще бачите в Google контент, який веб-майстер змінив або видалив, оновіть результати Пошуку за допомогою цього інструмента. Докладніше про нього можна дізнатися тут.
Якщо Ви не погоджуєтеся з рішенням спеціалістів Google LLC, то маєте право звернутися до органу захисту даних у Вашій країні або до суду. Якщо Ви хочете надіслати нам додаткову інформацію щодо свого запиту, надішліть її у відповідь на це повідомлення. Звертаючись до органу захисту даних, надайте номер свого  запиту до нас (3-4807000037595) і копію листа, яким ми підтвердили факт Вашого звернення.
Щоб дізнатися, як спеціалісти Google LLC приймають рішення щодо таких запитів, відвідайте Довідковий центр Звіту  про доступність сервісів і даних. Там описано, як ми видаляємо URL-адреси відповідно до законодавства ЄС про захист даних і які основні фактори беремо до уваги в таких випадках.
Please note that this team doesn't handle requests to review allegedly defamatory content. If you would like to submit a complaint on these grounds, you can do so by visiting our online notification form at http://support.google.com/legal and selecting the option for defamation. Using this form will ensure the quickest possible processing time for your complaint.
Regards,

The Google Team
*For more information about our content removal process, see g.co/legal.*

**Alex Kazumirchuk <kononhk1983@gmail.com>**    13 листопада 2024 р. о 07:02
Кому: removals@google.com

**Тема:** Додаткова інформація щодо запиту на видалення неправдивої інформації Шановна команда *Google*,
Дякую за ваш відгук щодо мого запиту (номер запиту: 3-4807000037595) про видалення URL-адреси
https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-          spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia          з
результатів пошуку.

Хочу пояснити, що інформація, розміщена за вказаним посиланням, є повністю неправдивою та завдає шкоди моїй
репутації, хоча насправді жодних кримінальних звинувачень щодо мене не існує. *Стаття містить викривлену та
спотворену інформацію, яка подана у формі журналістського розслідування без доказової бази.*

Прошу вас, як глобальну технологічну компанію, що цінує точність та об'єктивність, самостійно перевірити вміст
цього URL і переконатися, що інформація не відповідає дійсності. Зокрема, зверніть увагу на те, що:
Немає жодних публічних або судових доказів, які підтверджують мою участь у будь-яких злочинах.
Стаття базується на неперевірених і неправдивих твердженнях, які можуть бути спростовані.

Прошу вас повторно розглянути мій запит, враховуючи відсутність реальних доказів або судових рішень, які
підтверджували б звинувачення, зазначені у статті. Якщо можливо, залучіть додаткові незалежні джерела для
підтвердження цього факту.
Дякую за вашу увагу до мого запиту та сподіваюся на об'єктивне рішення, що сприятиме захисту моїх прав та
репутації.  З повагою,
Олександр Казмірчук

**Адреса:** Sklepowa 23/8, 02-482, Гміна Варшава, Повіт Варшава, Воєводство мазовецьке, Польща

M Gmail

**[3-4807000037595] Ваш запит у Google**
Повідомлень: 2

removals@google.com <removals@google.com>    14 листопада 2024 р. о 00:08
Кому: kononhk1983@gmail.com

https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia
Ми вже виключили з результатів пошуку сторінки, які з'являються за запитами, що містять ваше ім'я, у країні, яку ви вказали у запиті на видалення, а також у службах пошуку Google в інших країнах, де діє законодавство ЄС про захист даних.
Переконайтеся, що надіслана URL-адреса збігається з URL-адресою на сторінці результатів пошуку й містить спірний контент. Можливо, посилання переспрямує Вас на сторінку, яку ми вже видалили, або відкриється URL-адреса, яка дещо відрізняється від надісланої. Навіть через незначні відмінності у вживанні великих літер чи знаків пунктуації URL-адреса може бути іншою.
Щоб ми перевірили ті матеріали, які з'являються в Пошуку саме для Вас, скопіюйте й надішліть лише URL-адреси контенту, на який Ви хочете поскаржитися, у форматі простого тексту. Щоб знайти URL-адресу веб-сайту на настільному комп'ютері:
Введіть пошуковий запит у вікні пошуку на сайті Google.com і натисніть "Пошук Google".
Натисніть правою кнопкою миші спірний сайт і виберіть "Копіювати адресу посилання".
Вставте скопійовану URL-адресу в текст відповіді на цей електронний лист.
*Зверніть увагу, що ми не можемо прийняти URL-адреси, які починаються з https://www.google.com/search?*
Щоб знайти URL-адресу зображення на настільному комп'ютері:
Натисніть зображення в результатах пошуку.
Натисніть значок трьох крапок.
У спливаючому вікні виберіть повідомлення "Натисніть, щоб скопіювати посилання".
У відповіді на наш електронний лист натисніть правою кнопкою миші та виберіть "Вставити", щоб додати цю URL-адресу.
*Зверніть увагу, що URL-адреса зображення має починатися з https://images.app.goo.gl/ або https://www.google.com/imgres?imgurl.*
Ми не можемо розглянути Ваш запит без конкретних URL-адрес. Не надсилайте URL-адреси, щодо яких ми вже вжили заходів, оскільки це сповільнює роботу.
**Інформація потрапляє в наші результати пошуку із загальнодоступних сторонніх веб-сайтів. Якщо інформацію буде видалено зі стороннього веб-сайту, наш кеш оновиться, і в результатах відображатиметься новий контент сторінки.**
**Якщо на пошукових сторінках відображається стара версія веб-сайту**
Скористайтеся цим інструментом, щоб подати запит на очищення кешу. У нашому Довідковому центрі також можна дізнатися, як вилучити застарілий контент із результатів пошуку.
**Якщо інформація все ще відображається на веб-сторінці**
Перегляньте Довідковий центр, щоб дізнатися, як зв'язатися з веб-майстром сайту та надіслати запит на внесення змін. Якщо інформацію буде видалено зі стороннього веб-сайту, наш кеш оновиться, і в результатах відображатиметься новий контент сторінки.

**Ми вже видалили такі URL-адреси для запитів, пов'язаних із вашим іменем, із версій результатів пошуку Google для країн, які застосовують європейське законодавство про захист даних:**

29/04/2025, 12:50                                                                                              Gmail - [3-4807000037595] Ваш запит у Google

Відповідно до європейського законодавства про захист даних, коли ми вживаємо заходів щодо запиту, ми видаляємо URL-адреси з версій результатів пошуку Google для країн, які застосовують цей закон для запитів на основі імені, указаного в запиті. Видалення поширюється на всіх користувачів, яких наші системи виявляють у країні, яку ви вказали у своєму запиті, незалежно від використовуваного домену. Сама URL-адреса може залишатися в наших результатах для інших запитів і для версій результатів пошуку Google для країн, які не застосовують європейське законодавство про захист даних. Наразі ми не видалятимемо цей вміст з інших версій пошуку. Ми рекомендуємо вам працювати безпосередньо з веб-майстром цього сайту, щоб вирішити цю проблему. Відвідайте сторінку https://support.google.com/ websearch/answer/9109, щоб дізнатися, як зв'язатися з веб-майстром сайту. Якщо ви хочете, щоб ми задовольнили ваш запит щодо користувачів, які перебувають в іншій європейській країні або країнах, визначте, які країни є проблемними, і поясн

З повагою,
*Команда Google*
*Додаткову інформацію про наш процес видалення вмісту див g.co/legal.*

Alex Kazumirchuk <kononhk1983@gmail.com>          14 листопада 2024 р. о 02:03
Кому: removals@google.com

29/04/2025, 12:50

Gmail - [3-4807000037595] Ваш запит у Google



https://mail.google.com/mail/u/0/?ik=c39c3a3161&view=pt&search=all&permthid=thread-f:1815684542393332873&simpl=msg-f:1815684542393332873&simpl=msg-f:181569…





Гучну корупційну справу у Ковелі...

Ковель - Район.in.ua

У Медичних силах З



Главком





Військовим представили нового...

 Українські Новини

Новий командувач М

Суспільне

Gmail - [3-4807000037595] Ваш запит у Google



Зеленський призначив Анатолія…

 Судово-юридична газета



Призначення кома…

Ф Фокус



29/04/2025, 12:50                                                          Gmail - [3-4807000037595] Ваш запит у Google

**Subject:** Request for the removal of false information and associated image from search results in the U.S. and other countries Dear Google Team,

Thank you for your prompt response to my previous request and for delisting the specified URL from search results related to my name in European versions of Google Search. This has significantly contributed to protecting my reputation within the European Union.

However, I would like to draw your attention to the fact that this URL is still accessible in search results in the U.S. and other countries outside the EU. Additionally, my personal photo appears in these search results, further amplifying the damage to my reputation. This means that users can view both the article and my image when searching for my name, causing significant harm to my personal and professional reputation on an international level.

## Situation Overview:

I am the director of "Fininvest Plus," a financial company operating in the international financial services segment. "Fininvest Plus" specializes in providing services such as lending, factoring, currency exchange operations, and other financial solutions for corporate clients and individuals. The publication of this false information, accompanied by my photo, aims to discredit me as the company director and undermine trust in our business operations.

The link https://kowel.rayon.in.ua/topics/383973-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia contains information that is not supported by any court decisions or official documents, damaging my reputation. The article is based on distorted facts that do not correspond to reality.

## Legal Grounds for Removal: Relevant U.S. Legal Standards

First Amendment to the U.S. Constitution:
The First Amendment guarantees freedom of speech but does not protect the publication of false or defamatory material that harms reputation. An article containing distorted information without substantiated evidence qualifies as defamation.
Defamation Laws:
U.S. defamation laws protect individuals from the dissemination of false information that harms their reputation. For content to be considered defamatory, it must:
Be false.
Be published with negligence regarding its truth.
Cause actual damage to reputation.
This article meets the criteria for defamation as it includes unverified, harmful claims.
Lanham Act:
The Lanham Act addresses false advertising and unfair competition. If disseminated information can impact a company's business reputation and its ability to attract clients, it may be challenged as unfair competition.
Right of Publicity:
Under the right of publicity, individuals have the right to protect their image and reputation from unauthorized use. The appearance of my photo in connection with defamatory content exacerbates the damage and can be grounds for legal action regarding the violation of this right.
State-Specific Defamation Laws:
Various U.S. states have additional provisions protecting reputation. For instance, California has stringent defamation laws that protect against false statements causing reputational harm.

## Additional Arguments:

Справа № 161/2193/20                          Головуючий у 1 інстанції: Присяжнюк Л. М.
Провадження № 22-ц/802/712/21
Категорія: 59

                                              Доповідач: Осіпук В. В.


# ВОЛИНСЬКИЙ
# АПЕЛЯЦІЙНИЙ
# СУД ПОСТАНО
# В А
# ІМЕНЕМ УКРА
# ЇНИ

02 вересня 2021 року                                     місто Луцьк

Волинський апеляційний суд у складі колегії суддів судової палати з розгляду
цивільних справ: головуючого - судді Осіпука В. В.,
суддів - Матвійчук Л. В., Федонюк С. Ю.,
з участю секретаря судового засідання
Губарик К. А., представника позивача
Ширко М. Р.,
відповідача
Яворської Л. В.,
представника
відповідача
Красуна В. В.,
розглянувши у відкритому судовому засіданні цивільну справу за позовом
Казмірчука Олександра Анатолійовича до Товариство з обмеженою відповідальністю
«Ділова преса країни», Товариства з обмеженою відповідальністю «Агенція медіа-
технологій «СІД ІНФОРМ», Яворської Людмили Віталіївни про захист честі, гідності та
ділової репутації шляхом спростування недостовірної інформації, за апеляційною
скаргою позивача Казмірчука Олександра Анатолійовича на рішення Луцького
міськрайонного суду Волинської області від 24 лютого 2021 року,

                           В С Т А Н О В И В :

У лютому 2020 року Казмірчук О. А. звернувся до суду із зазначеним позовом.
Покликався на те, що 05 березня 2019 року в мережі Інтернет на веб-сайті
Volyn24.com у розділі
«Новини» була розміщена стаття під назвою «Гучні корупційні справи на Волині
закривають через «агента

Сашу»? РОЗСЛІДУВАННЯ», з його фотозображенням, де викладена негативна і недостовірна інформація, щодо нього, яка є такою, що порочить його честь, гідність і ділову репутацію (https://www.volyn24.com/news/122592- guchni-korupcijni-spravy-na-volyni-zakryvayut-cherez-agenta-sashu-rozsliduvannia). Автором статті є відповідач Яворська Л. В.

06 березня 2019 року в мережі Інтернет на веб сайті «РАЙОН.Ковель» (https://kowel.rayon.in.ua/topics/3532-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-rozsliduvannia) була поширена абсолютно аналогічна стаття під назвою: «Гучну корупційну справу у Ковелі закрили через «агента Сашу». РОЗСЛІДУВАННЯ» з посиланням на джерело «Волинь24».

Крім того позивач вказував, що наведена у статтях інформація, що була поширена місцевими ЗМІ під назвою «Розслідування», насправді є навмисною медіа-кампанією негативного спрямування відносно нього. Відомості, про які йдеться в Інтернет-стяттях, є неправдивими і не відповідають дійсності, являються образливими для нього, принижують його честь, гідність, псують ділову репутацію. Поширена інформація викладена в формі конкретних фактів у принизливій та образливій формі, спрямована на його дискридетацію і є фактичними твердженнями, а не оціночними судженнями.

Ураховуючи наведене, та уточнивши позовні вимоги, позивач Казмірчук О. А. просив суд:

1) визнати недостовірною та такою, що порочить його честь, гідність та ділову репутацію інформацію, яка поширена в статті під назвою «Гучні корупційні справи на Волині закривають через «агента Сашу»? РОЗСЛІДУВАННЯ», автором якої є Яворська Л. В., розміщену 05 березня 2019 року на веб-сайті Volyn24.com (https://www.volyn24.com/news/122592-guchni-korupcijni-spravy-na-volyni-zakryvayut-cherez-agenta-sashu- rozsliduvannia), а саме:

«Щонайменше у трьох корупційних скандалах, які за останні роки прогриміли на всю Волинь, хабар давав один і той самий чоловік. Саша зі Львова. Луцькі юристи «вичислили» цього «борця з корупцією» і запевняють, що він є агентом правоохоронців. Точніше провокатором».

....Бо Казмірчук (людина, яка давала хабар, - ред.) мав передати Рачкову 7 тисяч доларів, а в автомобілі судді Сушик вилучили 10 тисяч....

... Про усе це правоохоронці дізналися під час негласних слідчих дій і вирішили, що Рачков візьме гроші в їхнього агента – Олександра Казмірчука, а потім розрахується ними з Сушик.....

.... коли за матеріалами справи Казмірчук ніби передавав гроші Рачкову, а через кілька днів....

... Олександр Казмірчук з'явився в житті Рачкова за рік до згаданих подій. Адвокати розповідають: підходив до нього з одним, то з іншим питанням, просив допомогти....

... Чи брав за це гроші? Звісно, тепер у цьому ніхто не зізнається.

18/04/2025, 01:57

Одне із прохань, з яким «підходив» до Олександра Рачкова Олександр Казмірчук – домовитися із суддею Наталією Сушик про умовний термін для одного із підсудних. Мова йде про справу ківерчанина Олександра Самолюка, якого затримали за збут фальшивих доларів....

... Самолюк, якого судили за підробку валюти, теж є агентом. Але він ніколи в очі не бачив Казмірчука. Хоча в протоколах допиту Казмірчук стверджував, що це – його хороший друг, який пожалівся на свою ситуацію. Вони прекрасно розуміли, що в цій справі Самолюку так чи інакше винесуть вирок з «умовним» покаранням. Якби Сушик дійсно вимагала якийсь хабар, вона б просила гроші до постановлення вироку. Але тут відбулося все навпаки: спочатку був вирок, тоді десь через 10 днів подзвонив Казмірчук і сказав, що хочуть подякувати судді Сушик...

... На початку вересня 2017 року за вимагання і отримання хабарів затримали цілу групу посадовців Горохівського району: голову райдержадміністрації Любов Матвєєву, голову райради Тараса Щерблюка і начальника райвідділу Держгеокадастру Сергія Рубаху.

Слідство заявило: усі ці люди вступили у змову, аби організувати виділення землі такому собі підприємцю Олександрові Козачуку і отримати за «допомогу» гроші. Більше того: Любов Матвєєва нібито погрожувала бізнесмену, що якщо він не піде на «співпрацю» і спробує сам шукати землю – матиме неприємності....

...Насправді Олександром Козачуком був не хто інший, як згаданий у попередній історії Олександр Казмірчук. Цікавий «шпигунський» секрет: змінюючи прізвище, агенти не змінюють імені. Адже якщо назвуться іншим іменем, а тоді десь випадково почують справжнє ім'я, можуть за рефлексом відгукнутися на нього і «спалитись».

Таким чином, назвавшись підприємцем Козачуком, який хоче вирощувати лохину, іще з травня 2017 року Казмірчук почав заїжджати до горохівських чиновників і домовлятися про землю. Ціна домовленості – 100 доларів за гектар. Козачуку нібито потрібно було 70 гектарів, тобто загальна сума «подяки» мала становити 7 тисяч доларів.

file:///Users/alex/Library/CloudStorage/OneDrive-Personal/Суд... престу... provketsii 161-2193-20 22-ц-802-71 21/09 1 2021/09/02 Постанова суду 161-2193-20_22-ц-802-71:

4 вересня під час передачі цих грошей горохівських чиновників затримали.

«Горохівська справа» зараз розглядається у суді. Але через те, що уже вдалося довести: хабар давав Олександр Казмірчук, якого є всі підстави вважати найманим провокатором, очевидно, що і ця гучна корупційна справа «розсиплеться».

«В ході ознайомлення з матеріалами кримінального провадження було з'ясовано, що особа, яка діяла під вигаданим прізвищем Козачук і писала заяви проти моїх підзахисних, насправді – громадянин Казмірчук, якого спеціально використовують правоохоронні органи з метою провокативних дій щодо різного роду посадових осіб. За його заявами є ряд кримінальних проваджень і на Волині, і в Львівській області...

... Як стверджують волинські адвокати, і в цій справі хабар теж давав Олександр Казмірчук....

... Цікаво, що Новікову інкримінували й інші корупційні епізоди, та через «грубу» роботу «агента Саши» уся справа розвалилася...

ХТО ТАКИЙ «АГЕНТ САША»?

Олександр Казмірчук ...

...Про те, що він є агентом управління по боротьбі з економічною злочинністю я дізнався ще в 2007 році. Тоді в Луцькому міськрайонному суді розглядалося кримінальне провадження і Казмірчука звинувачували у тому, що не оформляв працівників та не виплачував зарплату. Під час цієї справи адвоката Казмірчука затримали за підозрою у вимаганні хабара. Заяву написав сам Казмірчук. Не знаю, чим закінчилася ця історія, але саме тоді в юридичних колах стало відомо, що Казмірчук – агент...

Проте наступного дня Олександр Казмірчук передзвонив і запропонував аудіозаписи розмов із Олександром Рачковим. З єдиною умовою - аби замовчати його ім'я.

Для достовірності скинув текстовий файл із нібито фрагментами аудіозаписів телефонних розмов. Цікаво, що ці записи - не лише його розмов, а й, наприклад, дружини Рачкова. Ці записи Олександр Казмірчук не зміг би отримати, якби не співпрацював з правоохоронними органами.»

2) зобов'язати ТзОВ «Ділова преса країни» та Яворську Людмилу Віталіївну протягом десяти днів від дня набрання рішенням законної сили опублікувати на веб-сайті Volyn24 (https://volyn24.com) спростування недостовірної інформації відносно нього наступного змісту:

«Спростування! Спростовуємо недостовірну інформацію відносно Казмірчука Олександра Анатолійовича опубліковану в статті «Гучні корупційні справи Волині закривають через «агента Сашу»? РОЗСЛІДУВАННЯ» розміщену на веб-сайті volyn24.com 05 березня 2019 року з повідомленням про ухвалене у справі судове рішення, резолютивну частину.

3) визнати недостовірною та такою, що порочить його честь, гідність та ділову репутацію інформацію в статті під назвою «Гучну корупційну справу у Ковелі закрили через «агента Сашу»? РОЗСЛІДУВАННЯ», автором          якої          є Яворська Л.          В.,          розміщену          06 березня 2019 року          на          веб-сайті          «РАЙОН.Ковель» (https://kowel.rayon.in.ua/topics/3532-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu-          rozsliduvannia), а саме:

«Щонайменше у трьох корупційних скандалах, які за останні роки прогриміли на всю Волинь, хабар давав один і той самий чоловік. Саша зі Львова. Луцькі юристи «вичислили» цього «борця з корупцією» і запевняють, що він є агентом правоохоронців. Точніше – провокатором.

....Бо Казмірчук (людина, яка давала хабар, - ред.) мав передати Рачкову 7 тисяч доларів, а в автомобілі судді Сушик вилучили 10 тисяч....

… Про усе це правоохоронці дізналися під час негласних слідчих дій і вирішили, що Рачков візьме гроші в їхнього агента – Олександра Казмірчука, а потім розрахується ними з Сушик.….

…. коли за матеріалами справи Казмірчук ніби передавав гроші Рачкову, а через кілька днів….

… Олександр Казмірчук з'явився в житті Рачкова за рік до згаданих подій. Адвокати розповідають: підходив до нього то з одним, то з іншим питанням, просив допомогти….

… Чи брав за це гроші? Звісно, тепер у цьому ніхто не зізнається.

Одне із прохань, з яким «підходив» до Олександра Рачкова Олександр Казмірчук – домовитися із суддею Наталією Сушик про умовний термін для одного із підсудних. Мова йде про справу ківерчанина Олександра Самолюка, якого затримали за збут фальшивих доларів….

… Самолюк, якого судили за підробку валюти, теж є агентом. Але він ніколи в очі не бачив Казмірчука. Хоча в протоколах допиту Казмірчук стверджував, що це – його хороший друг, який пожалівся на свою ситуацію. Вони прекрасно розуміли, що в цій справі Самолюку так чи інакше винесуть вирок з «умовним» покаранням. Якби Сушик дійсно вимагала якийсь хабар, вона б просила гроші до постановлення вироку. Але тут відбулося все навпаки: спочатку був вирок, тоді десь через 10 днів подзвонив Казмірчук і сказав, що хоче подякувати судді Сушик…

… На початку вересня 2017 року за вимагання і отримання хабарів затримали цілу групу посадовців Горохівського району: голову райдержадміністрації Любов Матвєєву, голову райради Тараса Щерблюка і начальника райвідділу Держгеокадастру Сергія Рубаху.

Слідство заявило: усі ці люди вступили у змову, аби організувати виділення землі такому собі підприємцю Олександрові Козачуку і отримати за «допомогу» гроші. Більше того: Любов Матвєєва погрожувала бізнесмену, що якщо він не піде на «співпрацю» і спробує сам шукати землю – матиме неприємності….

Насправді Олександра Козачуком був не хто інший, як згаданий у попередній історії Олександр Казмірчук. Цікавий «шпигунський» секрет: змінюючи прізвище, агенти не змінюють імені. Адже якщо назвуться іншим іменем, а тоді десь випадково почують справжнє ім'я, можуть за рефлексом відгукнутися на нього і «спалитись».

Таким чином, назвавшись підприємцем Козачуком, який хоче вирощувати лохину, іще з травня 2017 року Казмірчук почав заїжджати до горохівських чиновників і домовлятися про землю. Ціна домовленості – 100 доларів за гектар. Козачуку нібито потрібно було 70 гектарів, тобто загальна сума «подяки» мала становити 7 тисяч доларів.

4 вересня під час передачі цих грошей горохівських чиновників затримали.

«Горохівська справа» зараз розглядається у суді. Але через те, що уже вдалося довести: хабар давав Олександр Казмірчук, якого є всі підстави вважати найманим провокатором, очевидно, що і ця гучна корупційна

справа «розсиплеться».

«В ході ознайомлення з матеріалами кримінального провадження було з'ясовано, що особа, яка діяла під вигаданим прізвищем Козачук і писала заяви проти моїх підзахисних, насправді – громадянин Казмірчук, якого спеціально використовують правоохоронні органи з метою провокативних дій щодо різного роду посадових осіб. За його заявами є ряд кримінальних проваджень і на Волині, і в Львівській області...

... Як стверджують волинські адвокати, і в цій справі хабар теж давав Олександр Казмірчук....

... Цікаво, що Новікову інкримінували й інші корупційні епізоди, та через «грубу» роботу «агента Саши» уся справа розвалилася...

ХТО ТАКИЙ «АГЕНТ САША»?

Олександр Казмірчук ...

...Про те, що він є агентом управління по боротьбі з економічною злочинністю я дізнався ще в 2007 році. Тоді в Луцькому міськрайонному суді розглядалося кримінальне провадження і Казмірчука звинувачували у тому, що не оформляв працівників та не виплачував зарплату. Під час цієї справи адвоката Казмірчука затримали за підозрою у вимаганні хабара. Заяву написав сам Казмірчук. Не знаю, чим закінчилася ця історія, але саме тоді в юридичних колах стало відомо, що Казмірчук – агент.

Проте наступного дня Олександр Казмірчук передзвонив і запропонував аудіозаписи розмов із Олександром Рачковим. З єдиною умовою - аби замовчати його ім'я.

Для достовірності скинув текстовий файл із нібито фрагментами аудіозаписів телефонних розмов. Цікаво, що ці записи - не лише його розмов, а й, наприклад, дружини Рачкова. Ці записи Олександр Казмірчук не зміг би отримати, якби не співпрацював з правоохоронними органами.».

4) Зобов'язати товариство з обмеженою відповідальністю «Агенція медіа-технологій «СІД ІНФОРМ» (код ЄДРПОУ: 39639277 вул. Конякіна, 18-В, м. Луцьк, Волинська обл.; 43025) та Яворську Л. В. протягом десяти днів від дня набрання рішенням законної сили опублікувати на веб-сайті «Район.Ковель» (https://kowel.rayon.in.ua/) спростування недостовірної інформації відносно Казмірчука О. А. наступного змісту:

«СПРОСТУВАННЯ! Товариство з обмеженою відповідальністю «Агенція медіа-технологій «СІД ІНФОРМ» та Яворська Л. В. спростовують недостовірну інформацію відносно Казмірчука О. А. опубліковану в статті «Гучну корупційну справу у Ковелі закрили через «агента Сашу»? РОЗСЛІДУВАННЯ» розміщену на веб-сайті kowel.rayon.in.ua 06 березня 2019 року» з повідомленням про ухвалене у справі судове рішення, включаючи його резолютивну частину

Ухвалою Луцького міськрайонного суду Волинської області від 23 вересня 2020 року замінено первісного відповідача Інтернет-видання «Волинь24» на належного відповідача Товариство з обмеженою відповідальністю

18/04/2025, 01:57

№ 757/40646/17-ц (провадження № 61-8718св19), від 13 листопада 2019 року у справі № 758/2393/16-ц (провадження № 61-11119св18).

Наведене дає підстави вважати, що відмовляючи у задоволенні позову Казмірчука О. А., суд першої інстанції, врахувавши практику Європейського суду з прав людини, повно встановивши обставини справи, дослідивши докази у справі в їх сукупності й надавши їм належну правову оцінку, дійшов вірного висновку, що позивач не довів, що інформація у публікаціях, поширених відповідачами, мала на меті приниження його честі, гідності та ділової репутації. Вказана інформація щодо відомостей про залучення позивача до співпраці з правоохоронним органами, є критичною оцінкою автором публікації відповідачем Яворською Л. В. його діяльності, вираженням її суб'єктивної думки і поглядів, а тому не підлягає спростуванню, оскільки кожен має право на свободу вираження поглядів у демократичному суспільстві.

Суд першої інстанцій обгрунтовано виходив з того, що висловлювання, здійснені стосовно позивача в оскаржених ним публікаціях, є оціночним судженням їх автора, а не фактичними твердженнями, а тому відсутні правові підстави для застосування положень статті 277 ЦК України, та дійшов вірного висновку, про безпідставність позовних вимог.

Отже, перевіривши законність і обгрунтованість рішення суду першої інстанції в межах доводів та вимог апеляційної скарги, колегія суддів дійшла висновку, що оскаржуване позивачем рішення відповідає вимогам закону.

Наведені позивачем Казмірчуком О. А. в апеляційній скарзі доводи щодо невідповідності рішення суду фактичним обставинам справи не спростовують обгрунтованих висновків суду та не містять підстав для скасування оскаржуваного рішення суду, а є його власним суб'єктивним тлумаченням норм права та обставин справи, яким суд дав вірну правову оцінку.

Відповідно до статті 375 ЦПК України, суд апеляційної інстанції залишає апеляційну скаргу без задоволення, а судове рішення без змін, якщо визнає, що суд першої інстанції ухвалив судове рішення з додержанням норм матеріального і процесуального права.

На підставі наведеного, колегія суддів вважає, що рішення суду першої інстанції ухвалено з додержанням норм матеріального та процесуального права. Підстави для його зміни чи скасування відсутні.

Керуючись статтями 367, 368, 374, 375, 381-384 ЦПК України,
Волинський апеляційний суд У Х В А Л И
В :

Апеляційну скаргу позивача Казмірчука Олександра Анатолійовича залишити без задоволення. Рішення Луцького міськрайонного суду Волинської області від 24 лютого 2021 року залишити без змін.

Постанова набирає законної сили з дня її проголошення і може бути оскаржена у касаційному порядку упродовж тридцяти днів з дня складення повного судового рішення.

Рішенням Луцького міськрайонного суду Волинської області від 24 лютого 2021 року у задоволенні позову Казмірчука О. А. відмовлено.

У поданій на рішення апеляційній скарзі позивач Казмірчук О. А., вважаючи оскаржуване рішення незаконним, яке прийняте з неправильним застосуванням норм матеріального права та порушення норм процесуального права, просив його скасувати і ухвалити нове рішення, яким його позов задовольнити.

Апеляційна скарга мотивована тим, що висновки суду першої інстанції щодо відсутності підстав для задоволення позову, не відповідають встановленим обставинам справи, зокрема судом не враховано, що наведена відповідачем Яворською Л. В. у статтях і розповсюджена в Інтернет-виданнях інформація стосується його поведінки, наявність якої він заперечує, не підкріплюється жодними фактичними даними, не є оціночними судженнями, і містить у собі образу та наклеп.

У відзиві на апеляційну скаргу відповідач Яворська Л. В. просила вказану апеляційну скаргу залишити без задоволення, а рішення суду першої інстанції без змін як таке, що ухвалене з дотриманням норм матеріального і процесуального права.

Заслухавши пояснення осіб, які беруть участь у справі, дослідивши обставини справи та перевіривши їх доказами, колегія суддів дійшла висновку, що апеляційна скарга до задоволення не підлягає з таких підстав.

Ухвалюючи рішення про відмову у задоволенні позову у даній справі, суд першої інстанції виходив з того, що позивачем Казмірчуком О. А. не доведено та не надано доказів на підтвердження того, що поширена щодо нього відповідачами інформація є недостовірною. Крім того, суд вважав цю наведена у статтях інформація є оціночними судженнями самого їх автора, що цілком відповідає засадам демократичного суспільства щодо свободи вираження поглядів.

Такий висновок суду є правильний.

Встановлено, що в мережі Інтернет на сайтах «Волинь24», «РАЙОН.Ковель», власником та реєстратором доменів яких являється відповідач ТзОВ «Ділова преса країни» була розміщена публікація статті під назвою

«Гучні корупційні справі на Волині закривають через «агента Сашу»? РОЗСЛІДУВАННЯ», та передрук цієї ж публікації під назвою «Гучну корупційну справу у Ковелі закрили через «агента Сашу». РОЗСЛІДУВАННЯ» (посилання https://kowel.rayon.in.ua/topics/3532-guchnu-koruptsiinu-spravu-u-koveli-zakrili-cherez-agenta-sashu- rozsliduvannia, https://www.volyn24.com/news/122592-guchni-korupcijni-spravy-na-volyni-zakryvayut-cherez-agenta- sashu-rozsliduvannia.

Автором публікацій на обох веб-сайтах є відповідач Яворська Л. В.

Зі змісту даних публікацій слідує, що в них відображені обставини досудового розслідування кримінальних проваджень, фігурантами яких були службові та посадові особи Луцької міської ради, Шацького районного суду Волинської області, Горохівської районної державної адміністрації Волинської області,

18/04/2025, 01:57                                                                    161/2193/20

Горохівської районної ради Волинської області, структурних підрозділів Головного управління Держгеокадастру у Волинській області, структурних підрозділів сервісного центру МВС у Волинській області.

В цих публікаціях автор відповідач Яворська Л. В. викладає свої власні судження щодо отриманої інформації про участь позивача Казмірука О. А. в якості учасника зазначених вище кримінальних проваджень (свідка), участі у певних слідчих та процесуальних діях, а також наводить відповідні думки з цього приводу адвокатів Мартіросяна А. Г., Антонюка О. С.

Спірні публікації являють собою послідовно викладену інформацію про події, які відбувались в дійсності, із застосуванням критичних коментарів адвокатів стосовно цих подій, містять посилання на офіційне джерело (відеозапис засідання ВРП від 14 червня 2018 року), та в них викладені власні судження автора з приводу цих подій, без мети дискредитації чи образи позивача і приниження його честі та гідності.

Відповідно до статті 34 Конституції України, кожен має право вільно збирати, зберігати, використовувати і поширювати інформацію усно, письмово або в інший спосіб – на свій вибір.

Згідно статті 68 Конституції України кожен зобов'язаний неухильно додержуватися Конституції та законів України, не посягати на права і свободи, честь і гідність інших людей.

Кожен має право на свободу вираження поглядів у розумінні статті 10 Конвенції про захист прав людини і основоположних свобод, якою передбачено свободу дотримуватися своїх поглядів, одержувати і передавати інформацію та ідеї без втручання органів державної влади і незалежно від кордонів.

Згідно з частиною першою статті 302 ЦК України фізична особа має право вільно збирати, зберігати, використовувати і поширювати інформацію.

Відповідно до частини першої статті 30 Закону України «Про інформацію» ніхто не може бути притягнутий до відповідальності за висловлення оціночних суджень.

У пунктах 1, 19 постанови Пленуму Верховного Суду України від 27 лютого 2009 року № «Про судову практику у справах про захист гідності та честі фізичної особи, а також ділової репутації фізичної та юридичної особи» судам роз'яснено, що беручи до уваги положення статей 32, 34 Конституції України, суди при вирішенні справ про захист гідності, честі та ділової репутації повинні забезпечувати баланс між конституційним правом на свободу думки і слова, правом на вільне вираження своїх поглядів та переконань, з одного боку, та правом на повагу до людської гідності, конституційними гарантіями невтручання в особисте і сімейне життя, судовим захистом права на спростування недостовірної інформації про особу, з іншого боку.

Вирішуючи питання про визнання поширеної інформації недостовірною, суди повинні визначати характер такої інформації та з'ясовувати, чи є вона фактичним твердженням, чи оціночним судженням, чи критикою та чи є вона такою, що виходить за межі допустимої критики за встановлених судами фактичних обставин справи.

Європейський суд з прав людини, практика якого відповідно до статті 17 Закону України «Про виконання рішень та застосування практики Європейського суду з прав людини» є джерелом права в Україні, неодноразово наголошував, зокрема у рішенні від 28 березня 2013 року у справі «Нова газета» та Бородянський проти Росії», що втручання в свободу вираження власних думок та поглядів порушує свободу висловлення думки в трьох випадках: якщо воно здійснено не на підставі закону, якщо воно не переслідує допустимої мети або якщо воно порушує баланс між метою, заради якої здійснено втручання, і свободою вираження думки.

Європейський суд із прав людини також підтвердив, що правдивість оціночних суджень не припускає можливості доказування, і оціночні судження дійсно слід відрізняти від фактів, існування яких може бути підтверджене та виділив три можливі варіанти фундаменту, на якому можна побудувати свою оцінку: 1) факти, що вважаються загальновідомими; 2) підтвердження висловлювання яким-небудь джерелом; 3) посилання на незалежне дослідження.

Таким чином, фактичні твердження та оціночні судження є різними поняттями, а розмежовування цих термінів лежить в основі захисту права на честь та гідність, як особистих немайнових прав.

У частині другій статті 30 Закону України «Про інформацію» визначено, що оціночними судженнями, за винятком наклепу, є висловлювання, які не містять фактичних даних, критика, оцінка дій, а також висловлювання, що не можуть бути витлумачені як такі, що містять фактичні дані, зокрема з огляду на характер використання мовно-стилістичних засобів (вживання гіпербол, алегорій, сатири). Оціночні судження не підлягають спростуванню та доведенню їх правдивості.

Таким чином, згідно статті 277 ЦК України не є предметом судового захисту оціночні судження, думки, переконання, критична оцінка певних фактів і недоліків, які, будучи вираженням суб'єктивної думки і поглядів відповідача, не можна перевірити на предмет їх відповідності дійсності (на відміну від перевірки істинності фактів) і спростувати, що відповідає прецедентній судовій практиці Європейського суду з прав людини при тлумаченні положень статті 10 Конвенції про захист прав людини і основоположних свобод.

Суду слід уважно розрізняти факти та оціночні судження. Наявність фактів можна довести, а правдивість оціночних суджень не можна. Що ж стосується оціночних суджень, цю вимогу неможливо виконати, і вона є порушенням самої свободи поглядів, яка є основною складовою права, гарантованого статті 10 Конвенції про захист прав людини і основоположних свобод (рішення Європейського суду з прав людини від 07 липня 1986 року у справі «Лінгенс проти Австрії»).

Разом з тим, праву на свободу думки і слова, на вільне вираження своїх поглядів і переконань відповідає обов'язок не поширювати про особу недостовірну інформацію та таку, що ганьбить її гідність, честь чи ділову репутацію.

18/04/2025, 01:57

161/2193/20

У статті 32 Конституції України визначено, що кожному гарантується судовий захист права спростовувати недостовірну інформацію про себе і членів своєї сім'ї та права вимагати вилучення будь-якої інформації, а також право на відшкодування матеріальної і моральної шкоди, завданої збиранням, зберіганням, використанням та поширенням такої недостовірної інформації.

Згідно з статтею 277 ЦК України фізична особа, особисті немайнові права якої порушено внаслідок поширення про неї недостовірної інформації, має право на відповідь, а також на спростування цієї інформації.

У пункті 15 постанови Пленуму Верховного Суду України особи» судам роз'яснено, що при розгляді справ зазначеної категорії суди повинні мати на увазі, що юридичним складом правопорушення, наявність якого може бути підставою для задоволення позову, є сукупність таких обставин: а) поширення інформації, тобто доведення її до відома хоча б одній особі у будь-який спосіб; б) поширена інформація стосується певної фізичної чи юридичної особи, тобто позивача; в) поширення недостовірної інформації, тобто такої, яка не відповідає дійсності; г) поширення інформації, що порушує особисті немайнові права, тобто або завдає шкоди відповідним особистим немайновим благам, або перешкоджає особі повно і своєчасно здійснювати своє особисте немайнове право.

Під поширенням інформації слід розуміти: опублікування її у пресі, передання по радіо, телебаченню чи з використанням інших засобів масової інформації; поширення в мережі Інтернет чи з використанням інших засобів телекомунікаційного зв'язку; викладення в характеристиках, заявах, листах, адресованих іншим особам; повідомлення в публічних виступах, в електронних мережах, а також в іншій формі хоча б одній особі.

Недостовірною вважається інформація, яка не відповідає дійсності або викладена неправдиво, тобто містить відомості про події та явища, яких не існувало взагалі або які існували, але відомості про них не відповідають дійсності (неповні або перекручені).

Позивач повинен довести факт поширення інформації відповідачем, а також те, що внаслідок цього було порушено його особисті немайнові права.

За положеннями статті 29 Закону України «Про інформацію» від 02 жовтня 1992 року суспільство має право на отримання суспільно необхідної інформації і предметом суспільного інтересу вважається інформація, яка свідчить про загрозу державному суверенітету, територіальній цілісності України; забезпечує реалізацію конституційних прав, свобод і обов`язків; свідчить про можливість порушення прав людини, введення громадськості в оману, шкідливі екологічні та інші негативні наслідки діяльності (бездіяльності) фізичних або юридичних осіб тощо.

Аналогічні висновки містяться у постановах Верховного Суду від 02 червня 2021 року № 757/47672/18 від 07 квітня 2021 року у справі № 761/13926/17 (провадження № 61-6669св19), від 11 вересня 2019 року у справі